```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  YOSHINORI H. T. HIMEL
    Assistant United States Attorney
 3  Eastern District of California
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    (916) 554-2760
 5
    MATTHEW J. McKEOWN
 6  Acting Assistant Attorney General
    LISA RUSSELL
 7  Assistant Section Chief
    ROBERT L. GULLEY
 8  Senior Trial Attorney
    Wildlife & Marine Resources Section
 9  U.S. Department of Justice
    Environment & Natural Resources Division
10  Benjamin Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
11  (202) 305-0500 (ph)
    (202) 305-0275 (fx)
12  robert.gulley@usdoj.gov

13  Attorneys for Defendants
```

14                      UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
15  _____

16  SOUTH YUBA RIVER CITIZENS LEAGUE,
    *et al.*,                                        2:06-CV-02845-LKK-JFM
17
                       Plaintiffs,
18                                                   **STIPULATION AND ORDER FOR**
                                                     **INITIAL EXTENSION OF TIME TO**
19                                                   **RESPOND TO COMPLAINT**
          v.
20
    NATIONAL MARINE FISHERIES
21  SERVICE, *et al*.

22                     Defendants,
23  _____

24       Under Fed. R. Civ. P. 12(a), Defendants are due to respond to Plaintiffs' Complaint For

25  Declaratory And Injunctive Relief ("Complaint") on February 20, 2007. Plaintiffs have told

26  Defendants that they intend to file an amended complaint on or about February 21, 2007. No

27  previous extension of this time has been sought or granted.

28

**Stipulation and Order for Initial Extension of Time To Respond to Complaint**                    **Page 1**

1  Accordingly, the Parties hereby stipulate, subject to the approval of the Court as provided
2  for hereon, that Defendants will not answer the original complaint on February 20, and can
3  instead file an answer or respond, to the amended complaint 10 days after it is served or on or
4  before March 20, 2007, whichever is later.  If Plaintiffs have not filed an amended Complaint by
5  March 2, 2007, Defendants shall answer the original complaint on or before March 20, 2007.

Respectfully submitted,

/s Robert L. Gulley
ROBERT L. GULLEY
Senior Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0500 (ph)
(202) 305-0275 (fx)
robert.gulley@usdoj.gov

*Attorney for Defendant*

/s Christopher A. Sproul

CHRISTOPHER A. SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(415) 533-3376 (Ph)
(415) 358-5695(fx)
csproul@enviroadvocates.com

*Attorney for Plaintiffs*

ORDER

IT IS SO ORDERED.

DATED: February 21, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order for Initial Extension of Time To Respond to Complaint**                                   Page 2