UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,

        Plaintiff,

  v.

NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, and COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District,

        Defendants.
_____/

NO. CIV. S-06-2845 LKK/JFM

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND

1

PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on April 2, 2007.  Christopher A. Sproul and Megan Anderson appeared telephonically as counsel for plaintiffs; Robert L. Gulley (appearing telephonically) and Yoshinori H.T. Himel appeared as counsel for defendants.  After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

Plaintiffs are granted thirty (30) days after the sixty (60) day notice period, to wit, until May 23, 2007, to join the Yuba County Water Agency.  Accordingly, this status conference pertains to claims 1, 2, 3 & 5 of the complaint only.

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B),  is undisputed and is hereby found to be proper, as is venue.

**MISCELLANEOUS PROVISIONS**

The government shall produce the administrative record on April 16, 2007. A further status conference is set for April 30,

1  2007 at 11:30 a.m.
2       IT IS SO ORDERED.
3       DATED:  April 3, 2007.
4
5
6                           LAWRENCE K. KARLTON
                            SENIOR JUDGE
7                           UNITED STATES DISTRICT COURT

3