UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,

        Plaintiff,

  v.

NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, and COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District,

        Defendants.
_____/

NO. CIV. S-06-2845 LKK/JFM

O R D E R

    A status conference was held in chambers on April 30, 2007. After hearing, the court orders as follows:

    1.    All answers to the second amended complaint are due no

1

```
1           later than May 21, 2007.
2      2.   A further status conference is set for June 18, 2007 at
3           1:30 p.m.
4      IT IS SO ORDERED.
5      DATED:  May 3, 2007.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT