1   Christopher A. Sproul (Bar No. 126398)
2   Megan Anderson (Bar No. 237548)
    Environmental Advocates
3   5135 Anza Street
    San Francisco, California 94121
4   Telephone: (415) 533-3376
    Facsimile: (415) 358-5695
5   Email:  csproul@enviroadvocates.com
    manderson@enviroadvocates.com
6

7   Attorneys for Plaintiffs
8   SOUTH YUBA RIVER CITIZENS LEAGUE, and
    FRIENDS OF THE RIVER
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11   SOUTH YUBA RIVER CITIZENS LEAGUE, a          Civil Case No.:  2:06-CV-02845-LKK-JFM
12   non-profit corporation, and FRIENDS OF THE
     RIVER, a non-profit corporation
13                                                 STIPULATION AND ORDER TO FILE
                         Plaintiffs,               AN AMENDED COMPLAINT AND
14                                                 FOR AN EXTENSION OF TIME TO
                     v.                            RESPOND TO COMPLAINT
15
16   NATIONAL MARINE FISHERIES SERVICE,
     CARLOS M. GUTIERREZ, as Secretary of
17   Commerce, RODNEY MCINNIS, as Regional
     Administrator of the National Marine Fisheries
18   Service Southwest Region, UNITED STATES
     ARMY CORPS OF ENGINEERS, PETE GEREN,
19   as Acting Secretary of the Army, COLONEL
     RONALD L. LIGHT, as District Engineer,
20   Sacramento District, and YUBA COUNTY
     WATER AGENCY
21
22
                         Defendants.
23

24
25          Plaintiffs recently filed, on April 26, 2007, a Second Amended Complaint to add claims against

26   Defendant Yuba County Water Agency.  In response to a new Biological Opinion, which Defendant

27   National Marine Fisheries Service ("NMFS") issued on April 27, 2007 ("2007 BiOp"), Plaintiffs hereby

28   STIPULATION AND PROPOSED ORDER TO FILE                                    1
     AN AMENDED COMPLAINT AND FOR AN
     EXTENSION OF TIME TO RESPOND TO COMPLAINT
     2:06-CV-02845-LKK-JFM

1  seek leave to file a Third Amended Complaint, attached as Plaintiffs' Exhibit A, to include claims

2  relating to the 2007 BiOp.  To avoid duplicative work, the Parties seek to extend the deadline for

3  Defendants to file an Answer to allow Defendants to respond to Plaintiffs' proposed Third Amended

4  Complaint, instead of Plaintiffs' Second Amended Complaint, as required by this Court's order dated,

5  May 3, 2007.

6       Accordingly, the Parties hereby stipulate and request the Court to order in accord with this

7  stipulation, subject to the approval of the Court, that Plaintiffs be granted leave to file an amended

8  complaint to include claims relating to the 2007 BiOp and that Defendants will not answer the Second

9  Amended Complaint on May 21, 2007, as provided for in this Court's May 3, 2007 Order, and will

10  instead file an answer or response to the Third Amended Complaint by June 11, 2007.  The Parties wish

11  to preserve the next status conference, calendared by the Court for June 18, 2007.

12

13  Dated:  May 16, 2007

14                                          Respectfully Submitted,

15                                           /s/ Megan M. Anderson [1]

16                                          MEGAN M. ANDERSON
                                            Environmental Advocates
17                                          5135 Anza Street
                                            San Francisco, CA 94121
18                                          tel: (530) 277-5758
                                            fax: (415) 358-5695
19                                          manderson@enviroadvocates.com

20

21                                          *Attorneys for Plaintiffs*

22                                           /s/ Lawson Fite (as authorized on 5/8/07 )
                                            LAWSON FITE
23                                          Trial Attorney
                                            Wildlife & Marine Resources Section
24                                          Environment and Natural Resources Division

25  ─────────────────────

26  [1] As the filing attorney, I, Megan Anderson, attest that Defendants' counsel finds the contents of this filed
    document acceptable and have given me permission to electronically file this stipulated motion on Defendants'
27  behalf.

28                                              2
    STIPULATION AND PROPOSED ORDER TO FILE
    AN AMENDED COMPLAINT AND FOR AN
    EXTENSION OF TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

U.S. Department of Justice
202-305-0217
202-305-0275 fax
Lawson.fite@usdoj.gov

***Attorneys for Defendants NATIONAL MARINE
FISHERIES SERVICE, CARLOS M.
GUTIERREZ, as Secretary of Commerce,***
*RODNEY MCINNIS, as Regional Administrator of
the National Marine Fisheries Service Southwest
Region, UNITED STATES ARMY CORPS OF
ENGINEERS, **PETE GEREN**, as Acting Secretary
of the Army, COLONEL RONALD L. LIGHT, as
District Engineer, Sacramento District*

  **/s/** Whitman F. Manley (as authorized on 5/15/07)
WHITMAN F. MANLEY
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, California  95814
Telephone:  (916) 443-2745
Facsimile:  (916) 443-9017
WManley@rtmmlaw.com

***Attorneys for Defendant YUBA COUNTY WATER
AGENCY***


ORDER

Plaintiffs are hereby granted leave to file their Third Amended Complaint, attached as Exhibit A.

Defendants are not required to file Answers to the Second Amended Complaint.  Instead,

Defendants shall file Answers to the Third Amended Complaint on or before June 11, 2007.

IT IS SO ORDERED.


DATED:  May 16, 2007.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER TO FILE
AN AMENDED COMPLAINT AND FOR AN
EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:06-CV-02845-LKK-JFM

3

PDF created with pdfFactory trial version www.pdffactory.com

1

## **CERTIFICATE OF SERVICE**

2

3    On May 16, 2007, a true and correct copy of the foregoing STIPULATION AND [Proposed] ORDER

4    TO FILE AN AMENDED COMPLAINT AND FOR AN EXTENSION OF TIME TO RESPOND TO

5    COMPLAINT and Exhibit A, Plaintiffs' Third Amended Complaint for Declaratory and Injunctive

6    Relief, were served electronically via the Court's e-filing system to Counsel of Record.

7

8                          /s/ Megan M. Anderson
                           Megan M. Anderson
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO FILE
AN AMENDED COMPLAINT AND FOR AN
EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:06-CV-02845-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com