SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
813 Sixth Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
Email: ahitchings@lawssd.com

FROST, KRUP AND ATLAS
J. MARK ATLAS, ESQ. (SBN 065086)
134 West Sycamore
Willows, CA 95988
Telephone: (530) 934-5416
Facsimile: (530) 934-3508
Email: jma@jmatlaslaw.com

Attorneys for [Proposed] Intervenor
DRY CREEK MUTUAL WATER COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY McINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District, and YUBA COUNTY WATER AGENCY,<br><br>Defendants. | Civil Case No. 2:06-CV-02845-LKK-JFM<br><br>STIPULATION AND ORDER FOR INTERVENTION BY DRY CREEK MUTUAL WATER COMPANY |
| DRY CREEK MUTUAL WATER COMPANY,<br><br>[Proposed] Intervenor. | |

STIPULATION & [PROPOSED] ORDER FOR INTERVENTION BY DRY CREEK MWC

WHEREAS, Dry Creek Mutual Water Company ("Dry Creek MWC") desires to intervene in this case as an Intervenor/Defendant, and further desires that such intervention be limited to the remedial aspects of the case, and for the purposes of participating in any related settlement proceedings.

WHEREAS, Plaintiffs South Yuba River Citizens League and Friends of the River, and Defendant Yuba County Water Agency ("YCWA") agree that Dry Creek MWC should be granted such limited intervention in this case.

WHEREAS counsel for the Federal Defendants National Marine Fisheries Service, Carlos M. Gutierrez, in his capacity as Secretary of Commerce, Rodney McInnis, in his capacity as Regional Administrator of the National Marine Fisheries Service Southwest Region, United States Army Corps of Engineers ("ACOE"), Pete Geren, in his official capacity as Acting Secretary of the Army, Colonel Ronald L. Light, in his official capacity as ACOE District Engineer, Sacramento District (collectively "Federal Defendants"), has advised Dry Creek MWC's counsel that Federal Defendants would take no position on Dry Creek MWC's intervention pursuant to this stipulation and proposed order.

NOW, THEREFORE, it is hereby stipulated by and between Dry Creek MWC, Plaintiffs South Yuba River Citizens League and Friends of the River, and YCWA, through their respective counsel, as follows:

1. Dry Creek MWC shall be granted intervention in this action, but with such intervention limited to the remedial aspects of the litigation. This limited intervention shall include the right to fully participate in any remedy phase of this case. This limited intervention shall also include the rights to fully participate in any other remedial aspects of the case that could impact or otherwise affect Dry Creek MWC's rights under its existing water service agreement with YCWA.

2. Dry Creek MWC shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case, at any time during this case.

3. Dry Creek MWC shall be permitted to promptly file its answer in intervention to the Plaintiffs' Third Amended Complaint herein.

STIPULATION & [PROPOSED] ORDER FOR INTERVENTION BY DRY CREEK MWC

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
|   |   | SOMACH, SIMMONS & DUNN<br>A Professional Corporation |
| DATED: June 15, 2007 | By | /s/<br>Andrew M. Hitchings<br>*Attorneys for [Proposed] Intervenor*<br>DRY CREEK MUTUAL WATER COMPANY |
| DATED: June 15, 2007 |   | /s/ Megan M. Anderson (as authorized on June 15, 2007)<br>Megan M. Anderson<br>Environmental Advocates<br>5135 Anza Street<br>San Francisco, CA 94121<br>Telephone: (530) 277-5758<br>Facsimile: (415) 358-5695<br>manderson@enviroadvocates.com<br><br>*Attorneys for Plaintiffs*<br>SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER |
| DATED: June 15, 2007 |   | /s/ Whitman F. Manley (as authorized on June 15, 2007)<br>Whitman F. Manley<br>Remy, Thomas, Moose and Manley, LLP<br>455 Capitol Mall, Suite 210<br>Sacramento, CA 95814<br>Telephone: (916) 443-2745<br>Facsimile: (916) 443-9017<br>WManley@rtmmlaw.com<br><br>*Attorneys for Defendant* YUBA COUNTY WATER AGENCY |

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:  June 18, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & [PROPOSED] ORDER FOR INTERVENTION BY DRY CREEK MWC

PDF created with pdfFactory trial version www.pdffactory.com