1

McGREGOR W. SCOTT
United States Attorney

2

YOSHINORI H. T. HIMEL
Assistant United States Attorney

3

Eastern District of California
501 I Street, Suite 10-100

4

Sacramento, CA 95814
(916) 554-2760 telephone

5

(916) 554-2900 facsimile

6

RONALD J. TENPAS, Acting Assistant Attorney General

7

JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557

8

Wildlife & Marine Resources Section
U.S. Department of Justice

9

Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369

10

Washington, D.C.  20044-7369
(202) 305-0217 (telephone)

11

(202) 305-0275 (facsimile)
lawson.fite@usdoj.gov

12

Attorneys for Federal Defendants

13

14

**IN THE UNITED STATES DISTRICT COURT**

15

**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

16

17

SOUTH YUBA RIVER CITIZENS LEAGUE and
FRIENDS OF THE RIVER,

No. 2:06-cv-02845-LKK-JFM

18

Plaintiffs,

**STIPULATION AND ORDER
EXTENDING TIME FOR
FEDERAL DEFENDANTS'
RESPONSE TO PLAINTIFFS'
DISCOVERY**

19

v.

20

NATIONAL MARINE FISHERIES SERVICE, et al.,

21

Defendants.

22

23

24

        WHEREAS, Plaintiffs in this action have propounded the following discovery on Federal

25

Defendants (collectively "Plaintiffs' discovery"): Plaintiffs' First Set of Interrogatories and First Set of

26

Requests for Production to Defendants National Marine Fisheries Service ("NMFS"), Carlos M.

27

Gutierrez, and Rodney McInniss, served May 21, 2007; Plaintiffs' First Set of Interrogatories and First

28

Set of Requests for Production to Defendants United States Army Corps of Engineers ("the Corps"), Pete

1

1  Geren, and Ronald L. Light, served May 21, 2007; Plaintiffs' Notice of Deposition of Michael Tucker,

2  noted for June 25, 2007; Plaintiffs' First Set of Requests for Admission to Defendants NMFS, Carlos M.

3  Gutierrez, and Rodney McInniss, served June 2, 2007; and Plaintiffs' First Set of Requests for Admission

4  to Defendants the Corps, Pete Geren, and Ronald L. Light, served June 2, 2007.

5       WHEREAS, on June 11, 2007, Federal Defendants moved this Court for a Protective Order that

6  Plaintiffs' discovery not be had, on the basis that review in this case is limited to the Administrative

7  Record;

8       WHEREAS, hearing on Federal Defendants' motion is set for July 26, 2007;

9       WHEREAS, an extension of time for Federal Defendants to respond to Plaintiffs' discovery

10  would allow review of Federal Defendants' motion to proceed without prejudice accruing to any party;

11       NOW, THEREFORE, it is hereby stipulated between Plaintiffs and Federal Defendants, by and

12  through counsel, that the time for Federal Defendants' response to Plaintiffs' discovery is extended until

13  30 days after this Court's resolution of Federal Defendants' Motion for Protective Order.

14

15  Dated: June 19, 2007                McGREGOR W. SCOTT
                                        United States Attorney
16                                      YOSHINORI H. T. HIMEL
                                        Assistant United States Attorney
17                                      RONALD J. TENPAS, Acting Asst. Attorney General
                                        JEAN E. WILLIAMS, Section Chief
18                                         */s/ Lawson E. Fite*
                                        LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
19                                      United States Department of Justice
                                        Environment & Natural Resources Division
20                                      Wildlife & Marine Resources Section
                                        Ben Franklin Station
21                                      P.O. Box 7369
                                        Washington, DC 20044-7369
22                                      Phone: (202) 305-0217
                                        Fax: (202) 305-0275
23                                      Email: lawson.fite@usdoj.gov
                                        Attorneys for Federal Defendants
24  Dated: June 19, 2007                */s/ Megan M. Anderson (as authorized on 6/18/07)*
                                        MEGAN M. ANDERSON
25                                      Environmental Advocates
                                        5135 Anza Street
26                                      San Francisco, CA 94121
                                        tel: (530) 277-5758
27                                      fax: (415) 358-5695
                                        manderson@enviroadvocates.com
28                                      Attorneys for Plaintiffs

                                        3

1

2

## ORDER

3      The Court having read and considered the foregoing stipulation, and good cause appearing,

4      **IT IS SO ORDERED**.

5 Dated:  June 20, 2007.

6

7      _____
       UNITED STATES MAGISTRATE JUDGE

8

9 /southyuba.ext

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3