UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,

        Plaintiff,

   v.

NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District, and YUBA COUNTY WATER AGENCY,

        Defendants.
_____/

NO. CIV. S-06-2845 LKK/JFM

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH

1

THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on June 18, 2007.  Christopher A. Sproul and Megan M. Anderson appeared as counsel for plaintiffs; Howard F. Wilkins, III, Whitman F. Manley, Lawson E. Fite and Bobbie J. Montoya appeared as counsel for defendants; Andrew M. Hutchings appeared as counsel for intervenor. After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1331, 16 U.S.C. § 1536(a)(1), and 5 U.S.C. § 552(a)(4)(B), is disputed and venue is undisputed.

////

1 **MOTION HEARING SCHEDULES**

2   The parties are to bring on the following motions on the
3 schedule set forth below:

4   1.  The government and any other defendant shall bring on a
5 12(b)(6) motion thirty (30) days from the date of this order.

6 **MISCELLANEOUS PROVISIONS**

7   The government shall inform the court when Magistrate Judge
8 Mueller has resolved the further discovery issue and the court will
9 set a further status conference.

10   IT IS SO ORDERED.

11   DATED:  June 20, 2007.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

3