SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199
Email:  ahitchings@lawssd.com

GALLERY & BARTON
JESSE W. BARTON, ESQ. (SBN 221337)
DANIEL GALLERY, ESQ. (SBN 27295)
1112 I Street, Suite 240
Sacramento, CA 95814
Telephone: (916) 444-2880
Facsimile: (916) 444-6915
Email: jbarton@gallerybartonlaw.com

Attorneys for [Proposed] Intervenors
BROPHY WATER DISTRICT and
HALLWOOD IRRIGATION COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY McINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District, and YUBA COUNTY WATER AGENCY,<br><br>Defendants. | Civil Case No. 2:06-CV-02845-LKK-JFM<br><br>STIPULATION AND ORDER FOR INTERVENTION BY BROPHY WATER DISTRICT AND HALLWOOD IRRIGATION COMPANY |
| DRY CREEK MUTUAL WATER COMPANY,<br><br>Defendant-Intevenor. | |
| BROPHY WATER DISTRICT and HALLWOOD IRRIGATION COMPANY,<br><br>[Proposed] Intervenors. | |

1     WHEREAS, Brophy Water District and Hallwood Irrigation Company desire to intervene in this case as Intervenor/Defendants, and further desire that such intervention be limited to the remedial aspects of the case, and for the purposes of participating in any related settlement proceedings.

     WHEREAS, Plaintiffs South Yuba River Citizens League and Friends of the River, Defendant Yuba County Water Agency ("YCWA"), and existing Defendant-Intervenor Dry Creek Mutual Water Company agree that Brophy Water District and Hallwood Irrigation Company should be granted such limited intervention in this case.

     WHEREAS counsel for the Federal Defendants National Marine Fisheries Service, Carlos M. Gutierrez, in his capacity as Secretary of Commerce, Rodney McInnis, in his capacity as Regional Administrator of the National Marine Fisheries Service Southwest Region, United States Army Corps of Engineers ("ACOE"), Pete Geren, in his official capacity as Acting Secretary of the Army, Colonel Ronald L. Light, in his official capacity as ACOE District Engineer, Sacramento District (collectively "Federal Defendants"), has advised Brophy Water District and Hallwood Irrigation Company's counsel that Federal Defendants would take no position on Brophy Water District and Hallwood Irrigation Company's intervention pursuant to this stipulation and proposed order.

     NOW, THEREFORE, it is hereby stipulated by and between Brophy Water District and Hallwood Irrigation Company, Plaintiffs South Yuba River Citizens League and Friends of the River, YCWA, and Dry Creek Mutual Water Company, through their respective counsel, as follows:

     1.     Brophy Water District and Hallwood Irrigation Company shall be granted intervention in this action, but with such intervention limited to the remedial aspects of the litigation.  This limited intervention shall include the right to fully participate in any remedy phase of this case.  This limited intervention shall also include the rights to fully participate in any other remedial aspects of the case that could impact or otherwise affect Brophy Water District and Hallwood Irrigation Company's rights under their existing water service agreements with YCWA.

    2. Brophy Water District and Hallwood Irrigation Company shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case, at any time during this case.

    3. Brophy Water District and Hallwood Irrigation Company shall be permitted to promptly file their answer in intervention to the Plaintiffs' Third Amended Complaint herein.

SOMACH, SIMMONS & DUNN
A Professional Corporation

DATED: July 16, 2007    By _____
    Andrew M. Hitchings
*Attorneys for [Proposed] Intervenors*
BROPHY WATER DISTRICT and HALLWOOD IRRIGATION COMPANY

*Attorneys for Defendant-Intervenor*
DRY CREEK MUTUAL WATER COMPANY

DATED: July 12, 2007    /s/ Megan M. Anderson (as authorized on 7/12/07)
Megan M. Anderson
Attorney at Law
19556 Burning Bush Road
Nevada City, CA 95959
Telephone: (530) 277-5758
Facsimile: (415) 358-5695
mandersonlaw@gmail.com

Christopher A. Sproul
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
csproul@enviroadvocates.com

*Attorneys for Plaintiffs*
SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER

REMY, THOMAS, MOOSE AND MANLEY, LLP

DATED: July 16, 2007                By: /s/ Howard F. Wilkins III for Whitman F. Manley
                                         (as authorized on July 16, 2007)
                                         Whitman F. Manley
                                         455 Capitol Mall, Suite 210
                                         Sacramento, CA 95814
                                         Telephone: (916) 443-2745
                                         Facsimile: (916) 443-9017
                                         WManley@rtmmlaw.com

                                         *Attorneys for Defendant* YUBA COUNTY WATER AGENCY

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:   July 24, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT