McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2760 telephone
(916) 554-2900 facsimile

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0217 (telephone)
(202) 305-0275 (facsimile)
lawson.fite@usdoj.gov

Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | No. 2:06-cv-02845-LKK-JFM<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON FEDERAL DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

WHEREAS, Plaintiffs in this action have propounded the following discovery on Federal Defendants (collectively "Plaintiffs' discovery"): Plaintiffs' First Set of Interrogatories and First Set of Requests for Production to Defendants National Marine Fisheries Service ("NMFS"), Carlos M. Gutierrez, and Rodney McInnis, served May 21, 2007; Plaintiffs' First Set of Interrogatories and First Set of Requests for Production to Defendants United States Army Corps of Engineers ("the Corps"), Pete Geren, and Ronald L. Light, served May 21, 2007; Plaintiffs' Notice of Deposition of Michael Tucker, noted for June 25, 2007; Plaintiffs' First Set of Requests for Admission to Defendants NMFS, Carlos M.

1

Gutierrez, and Rodney McInnis, served June 2, 2007; and Plaintiffs' First Set of Requests for Admission to Defendants the Corps, Pete Geren, and Ronald L. Light, served June 2, 2007.

WHEREAS, on June 11, 2007, Federal Defendants moved this Court for a Protective Order that Plaintiffs' discovery not be had, on the basis that review in this case is limited to the Administrative Record;

WHEREAS, hearing on Federal Defendants' motion is currently set for September 6, 2007;

WHEREAS, a one-week continuance of the hearing would allow the parties to ensure that their statement regarding the Motion for Protective Order is sufficiently complete;

NOW, THEREFORE, it is hereby stipulated between Plaintiffs and Federal Defendants, by and through counsel, that the hearing on Federal Defendants' Motion for Protective Order is continued to September 13, 2007.

Dated: August 17, 2007

McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney

RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

   /s/ Lawson E. Fite
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov
Attorneys for Federal Defendants

Dated: August 17, 2007       /s/ Megan M. Anderson (as authorized on 8/16/07)

MEGAN M. ANDERSON
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
tel: (530) 277-5758
fax: (415) 358-5695
manderson@enviroadvocates.com
Attorney for Plaintiffs

1

**ORDER**

2     The Court having read and considered the foregoing stipulation, and good cause appearing,

3     **IT IS SO ORDERED**.

4 DATED: August 20, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/southyuba.con