IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE RIVER,

     Plaintiffs,                   No. CIV S-06-2845 LKK JFM

     vs.

NATIONAL MARINE FISHERIES
SERVICE, et al.,

     Defendants.                <u>ORDER</u>

          Federal defendants' motion for protective order came on regularly for hearing September 13, 2007. Christopher Sproul appeared for plaintiffs. Yoshinori H.T. Himel, Assistant United States Attorney, and Lawson E. Fite, Trial Attorney, U.S. Department of Justice, appeared for the federal defendants. Howard F. Wilkins, III, appeared for defendant Yuba County Water Agency (YCWA). Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

          Plaintiffs' request for discovery of information outside the administrative record is premature. Accordingly, federal defendants' motion for protective order will be granted.

1  Plaintiffs may renew their discovery requests, if appropriate, thirty days after resolution of the
2  federal defendants' motion to dismiss presently pending in the district court.
3  DATED: September 13, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; southyuba.oah