SCOTT A. MORRIS, State Bar No. 172071
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Proposed Intervenor
RAMIREZ WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY McINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District, and YUBA COUNTY WATER AGENCY,<br><br>Defendants.<br>_____<br>DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, HALLWOOD IRRIGATION COMPANY, and CORDUA IRRIGATION DISTRICT<br><br>Defendant – Intervenor | CASE NO.  2:06-CV-02845 LKK-JFM<br><br>**STIPULATION FOR INTERVENTION AND ORDER GRANTING INTERVENTION OF RAMIREZ WATER DISTRICT**<br><br>**COURTROOM:**  4<br>**JUDGE:**  Hon. Lawrence K. Karlton |

874034.1 9685.1

-1-

Stipulation and [Proposed] Order for Intervention of Ramirez Water District

**STIPULATION FOR INTERVENTION OF RAMIREZ WATER DISTRICT**

WHEREAS, Ramirez Water District requests to intervene in this case as Intervenor/Defendant, and further stipulates that such intervention be limited to the remedial aspects of the case, and for the purposes of participating in any related settlement proceedings.

WHEREAS, Plaintiffs South Yuba River Citizens League and Friends of the River, Defendant Yuba County Water Agency ("YCWA"), and existing Defendant-Intervenors Dry Creek Mutual Water Company, Brophy Water District, Hallwood Irrigation Company, and Cordua Irrigation District agree that Ramirez Water District should be granted such limited intervention in this case.

WHEREAS counsel for the Federal Defendants National Marine Fisheries Service, Carlos M. Gutierrez, in his capacity as Secretary of Commerce, Rodney McInnis, in his capacity as Regional Administrator of the National Marine Fisheries Service Southwest Region, United States Army Corps of Engineers ("ACOE"), Pete Geren, in his official capacity as Acting Secretary of the Army, Colonel Ronald L. Light, in his official capacity ACOE District Engineer, Sacramento District (collectively "Federal Defendants"), has advised Ramirez's counsel that Federal Defendants would take no position on Ramirez's intervention pursuant to this stipulation and proposed order.

NOW THEREFORE, it is hereby stipulated by and between Ramirez Water District and Plaintiffs South Yuba River Citizens League and Friends of the River, and Defendant YCWA and Intervenors Dry Creek Mutual Water Company, Brophy Water District, Hallwood Irrigation Company, and Cordua Irrigation District through their respective counsel, as follows:

1.      Ramirez Water District shall be granted intervention in this action, but with such intervention limited to any remedial aspects of the litigation.  This limited intervention shall include the right to fully participate in any remedy phase of this case, or fully participate in any other remedial aspects of the case that could impact or otherwise affect Ramirez's rights under their existing water service agreements with YCWA and Cordua Irrigation District.

2.      Ramirez Water District shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case, at any time

1  during this case.

2        3. Ramirez Water District shall be permitted to promptly file their answer in

3  intervention to the Plaintiffs' Third Amended Complaint in this action.

4  Dated:  October 4, 2007

                                  Respectfully submitted,

5  
                                  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

6                                    A Professional Corporation

7

8                              By:    /s/ Haspeter Walter  
                                   Hanspeter Walter  
                                   Attorneys for Proposed Intervenor

9                                     RAMIREZ WATER DISTRICT

10

11    DATED:  October 3, 2007       By    /s/ Megan M. Anderson  
                                   Megan M. Anderson

12                                     Attorney at Law  
                                   19556 Burning Bush Road

13                                     Nevada City, CA  95959  
                                   Telephone:  (530) 277-5758

14                                     Facsimile:  (415) 358-5695  
                                   mandersonlaw@gmail.com

15

16                                     ENVIRONMENTAL ADVOCATES

17                                     Christopher A. Sproul  
                                   Environmental Advocates

18                                     5315 Anza Street  
                                   San Francisco, CA  94121

19                                     Telephone:  (415) 533-3376  
                                   Facsimile: (415) 358-5695

20                                     csproul@enviroadvocates.com

21                                     Attorneys for Plaintiffs  
                                   SOUTH YUBA RIVER CITIZENS LEAGUE and

22                                     FRIENDS OF THE RIVER

23

24

25

26

27

28

874034.1 9685.1                                                        Stipulation and [Proposed] Order for Intervention of Ramirez  
                                                                                       Water District

REMY, THOMAS, MOOSE AND MANLEY, LLP

DATED:  October 3, 2007        By     /s/ Whitman F. Manley
                                      Whitman F. Manley
                                      455 Capitol Mall, Suite 210
                                      Sacramento, CA  95814
                                      Telehone:  (916) 443-2745
                                      Facsimile:  (916) 443-9017
                                      wmanley@rtmmlaw.com


                                      Attorneys for Defendant
                                      YUBA COUNTY WATER AGENCY


SOMACH, SIMMONS & DUNN
A Professional Corporation

DATED:  October 4, 2007        By     /s/ Andrew M. Hitchings
                                      Andrew M. Hitchings
                                      813 Sixth Street, Third Floor
                                      Sacramento, CA  95818
                                      Telephone:  (916) 446-7979 x 322
                                      Facsimile:  (916) 446-8199
                                      ahitchings@lawssd.com

                                      Attorneys for Defendant-Intervenors
                                      BROPHY WATER DISTRICT, HALLWOOD
                                      IRRIGATION COMPANY, and DRY CREEK
                                      MUTUAL WATER COMPANY


MINASIAN SPRUANCE MEITH SOARES AND SEXTON

DATED:  October 4, 2007        By     /s/ Dustin C. Cooper
                                      Dustin C. Cooper
                                      1681 Bird Street
                                      Oroville, CA  95965-1679
                                      Telephone:  (530) 533-2885
                                      pminasian@minasianlaw.com

                                      Attorneys for Defendant-Intervenor
                                      CORDUA IRRIGATION DISTRICT

ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing, hereby ORDERS:

1. Ramirez Water District shall be granted intervention in this action, but with such intervention limited to any remedial aspects of the litigation. This limited intervention shall include the right to fully participate in any remedy phase of this case, or fully participate in any other remedial aspects of the case that could impact or otherwise affect Ramirez's rights under their existing water service agreements with YCWA and Cordua Irrigation District.

2. Ramirez Water District shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case, at any time during this case.

3. Ramirez Water District shall be permitted to promptly file their answer in intervention to the Plaintiffs' Third Amended Complaint in this action.

IT IS SO ORDERED.

DATED: October 15, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28