IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE RIVER,

     Plaintiffs,           No. CIV S-06-2845 LKK JFM

     vs.

NATIONAL MARINE FISHERIES
SERVICE, et al.,

     Defendants.         <u>ORDER</u>

                             /

          On December 10, 2007, plaintiffs filed a motion to compel discovery. Although the positions of both parties are included within the motion, the motion is not a discovery stipulation filed pursuant to Local Rule 37-251; indeed, plaintiffs direct the court to their 167 page stipulation filed September 10, 2007. Such referral is inappropriate given that the court granted the federal defendants' motion for protective order at issue in September (see September 14, 2007 Order) and the district court has subsequently ruled on the pending motion to dismiss, eliminating at least two of plaintiff's substantive claims.

          Plaintiffs seek clarification of this court's order of September 14, 2007: "Plaintiffs may renew their discovery requests, if appropriate, thirty days after resolution of the

1

federal defendants' motion to dismiss presently pending in the district court." (Id. at 2.) Specifically, plaintiffs profess the word "renew" is ambiguous.

>Webster's Third New International Dictionary defines the word "renew" as follows:
>
>> **1** to make new again : **restore** to freshness, perfection, or vigor . . . *also* : to gain again as new : reassume (~ his strength) **2** : to make new spiritually : regenerate (be ye transformed by the ~ing of your mind–Rom 12:2 (AV) **3** : to restore to existence : reestablish, recreate, rebuild (~the old splendor of a palace) : revive, resuscitate (~the sentiments of youth) **4** to go over again : make or do again : repeated (~ a motion) **5** : to begin again : recommence, resume (felt reluctant to rise and ~ my ramble – W.H. Hudson †1922) **6** : to restore to fullness or sufficiency : replace (twisting the knob that ~ed the film – Arthur Gordon) (~ water in a tank) (~ one's equipment) **7** a: to grant or obtain an extension of : continue in force for a fresh period (~ a lease) b : to grant or obtain an extension of the loan of (~ the library book for another two weeks) ~ vi **1** to become new or as new : grow again : revive **2** to begin again : resume (their friendship ~ed) **3** to make a renewal (as of a lease) **4** obs to come back (as to a fresh attack)

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY 1922 (3d ed. 1981)(unabridged). This court does not render advisory opinions or offer legal advice.

>Plaintiffs' motion to compel discovery is premature because it was filed before defendants' discovery responses were due; it was also not filed as required by the Local Rules. Accordingly, IT IS HEREBY ORDERED that plaintiff's December 10, 2007 motion to compel is denied without prejudice.

DATED: December 13, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; southyuba.o