1  CHRISTOPHER SPROUL
   Environmental Advocates
2  5135 Anza Street
   San Francisco, CA 94121
3  tel: (530) 277-5758
   fax: (415) 358-5695
4  csproul@enviroadvocates.com

5  <u>Attorneys for Plaintiffs</u>

6  McGREGOR W. SCOTT
   United States Attorney
7  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
8  Eastern District of California
   501 I Street, Suite 10-100
9  Sacramento, CA 95814
   (916) 554-2760 telephone
10 (916) 554-2900 facsimile

11 RONALD J. TENPAS, Assistant Attorney General
   JEAN E. WILLIAMS, Section Chief
12
   LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
13 Wildlife & Marine Resources Section
   U.S. Department of Justice
14 Environment & Natural Resources Division
   Benjamin Franklin Station, P.O. Box 7369
15 Washington, D.C.  20044-7369
   (202) 305-0217 (telephone)
16 (202) 305-0275 (facsimile)
   lawson.fite@usdoj.gov
17
   <u>Attorneys for Federal Defendants</u>

18

19          **IN THE UNITED STATES DISTRICT COURT FOR THE**

20                **EASTERN DISTRICT OF CALIFORNIA**

21 SOUTH YUBA RIVER CITIZENS LEAGUE and          No. 2:06-cv-02845-LKK-JFM
   FRIENDS OF THE RIVER,
22                                                **STIPULATION AND [PROPOSED]**
                                                  **ORDER FOR LEAVE TO FILE**
23          Plaintiffs,                           **FOURTH AMENDED COMPLAINT**

24    v.

25 NATIONAL MARINE FISHERIES SERVICE, et al.,

26          Defendants.

27

28

The parties to this action stipulate, subject to the approval of the Court as provided for hereon, as follows:

1. Upon court approval of this stipulation, plaintiffs MAY FILE their attached Fourth Amended Complaint.

2. Plaintiffs intend to submit a proposed Fifth Amended Complaint upon the running of the notice period of 60 days following their letter dated November 30, 2007. Federal Defendants and others have stated their views that these two amendments should be made simultaneously. Notwithstanding these views, defendants do not object to the filing of the attached Fourth Amended Complaint. Any objection to a later Fifth Amended Complaint is reserved.

3. Defendants' date under Fed. R. Civ. P. 12(a) for response to the Fourth Amended Complaint is EXTENDED until March 31, 2008.

4. Should Plaintiffs cause a Fifth Amended Complaint to be filed, without objection or with Court approval, by March 31, 2008, defendants shall be under no obligation to respond to the Fourth Amended Complaint. The date under Fed. R. Civ. P. 12(a) for response to the Fifth Amended Complaint is RESET to 40 days after its filing.

Dated:  December 23, 2007          _/s/ Christopher Sproul_____
                                   CHRISTOPHER SPROUL
                                   Environmental Advocates
                                   5135 Anza Street
                                   San Francisco, CA 94121
                                   tel: (530) 277-5758
                                   fax: (415) 358-5695
                                   csproul@enviroadvocates.com

                                   Attorney for Plaintiffs

Dated:  December 19, 2007          McGREGOR W. SCOTT
                                   United States Attorney

                                    _/s/ Yoshinori H. T. Himel_____
                                   YOSHINORI H. T. HIMEL
                                   Assistant United States Attorney

                                   RONALD J. TENPAS, Assistant Attorney General
                                   JEAN E. WILLIAMS, Section Chief

2

_/s/ Lawson E. Fite_
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
E-mail: lawson.fite@usdoj.gov

Attorneys for Federal Defendants

Dated:  December 23, 2007

REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY
HOWARD F. WILKINS III

_/s/ Howard F. Wilkins III_

455 Capitol Mall, Ste. 210
Sacramento, CA 95814
Phone:  (916) 443-2745
Fax:  (916) 443-9017
Email:  wmanley@rtmmlaw.com, cwilkins@rtmmlaw.com

Attorneys for Defendant Yuba County Water Agency

Dated:  December 23, 2007

SOMACH, SIMMONS & DUNN
ANDREW M. HITCHINGS

_/s/ Andrew Hitchings_
813 Sixth St., 3rd Fl.
Sacramento, CA 95814
Tel.:  (916) 446-7979
Fax:  (916) 446-8199
Email:  ahitchings@somachlaw.com

Attorneys for Intervenor-Defendants Dry Creek Mutual
Water Company, Brophy Water District and
Hallwood Irrigation Company

Dated:  December 23, 2007

MINASIAN, SPRUANCE, MEITH, SOARES
  & SEXTON, LLP
PAUL R. MINASIAN
DUSTIN C. COOPER

_/s/ Dustin C. Cooper_
P.O. Box 1679
Oroville, CA 95965

3

1   Tel.: (530) 533-2885
    Fax: (530) 533-0197
2   Email: pminasian@minasianlaw.com,
    dcooper@minasianlaw.com
3
    Attorneys for Intervenor-Defendant
4   Cordua Irrigation District

5
    Dated:  December 23, 2007        KRONICK MOSKOVITZ TIEDEMANN & GIRARD
6                                    SCOTT A. MORRIS
                                     HANSPETER WALTER
7
                                        /s/ Hanspeter Walter
8                                    400 Capitol Mall
                                     Sacramento, CA 95814
9                                    Tel.: (916) 321-4500
                                     Fax: (916) 321-4555
10                                   Email: smorris@kmtg.com, hwalter@kmtg.com

11                                   Attorneys for Intervenor-Defendant Ramirez Water District

12

13

14

15                                   ORDER

16

17          It is APPROVED and SO ORDERED.

18
    DATED:   January 4, 2008.
19

20

21                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
22                                   UNITED STATES DISTRICT COURT

23

24

25

26

27

28                                   4