McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2760

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

<u>Attorneys for Federal Defendants</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>    Plaintiffs,<br>  v.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, Secretary of the United States Department of Commerce, RODNEY MCINNIS, Southwest Regional Administrator of the National Marine Fisheries Service, the UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, Acting Secretary of the Army, RONALD L. LIGHT, Sacramento District Engineer, and YUBA COUNTY WATER AGENCY,<br><br>    Defendants,<br><br>CORDUA IRRIGATION DISTRICT, DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, | No. 2:06-cv-02845-LKK-JFM<br><br>**SUBSTITUTION OF COUNSEL** |

- 1 -

HALLWOOD IRRIGATION COMPANY, )
and RAMIREZ WATER DISTRICT, )
)
        Intervenor-Defendants. )
)

Federal Defendants in this action hereby respectfully request that Lawson E. Fite, Trial Attorney, be substituted as counsel for Robert L. Gulley in all respects. Mr. Gulley is no longer employed by the Department of Justice and no longer serves as counsel for the Federal Defendants. Mr. Fite, having already entered an appearance in this matter, has the contact information as shown in the signature block below. Assistant United States Attorney Yoshinori H.T. Himel will also continue to serve as counsel for Federal Defendants.

Dated: January 8, 2008        Respectfully Submitted,

        McGREGOR W. SCOTT
        United States Attorney
        YOSHINORI H. T. HIMEL
        Assistant United States Attorney

        RONALD J. TENPAS, Assistant Attorney General
        JEAN E. WILLIAMS, Section Chief

        */s/ Lawson E. Fite*
        LAWSON E. FITE,
        Trial Attorney (Oregon Bar No. 05557)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station
        P.O. Box 7369
        Washington, DC 20044-7369
        Phone: (202) 305-0217
        Fax: (202) 305-0275
        Email: lawson.fite@usdoj.gov

        Attorneys for Federal Defendants

IT IS SO ORDERED this 9th day of January, 2008.

        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,

    Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, Secretary of the United States Department of Commerce, RODNEY MCINNIS, Southwest Regional Administrator of the National Marine Fisheries Service, the UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, Acting Secretary of the Army, RONALD L. LIGHT, Sacramento District Engineer, and YUBA COUNTY WATER AGENCY,

    Defendants,

CORDUA IRRIGATION DISTRICT, DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, HALLWOOD IRRIGATION COMPANY, and RAMIREZ WATER DISTRICT,

    Intervenor-Defendants.

No. 2:06-cv-02845-LKK-JFM

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                  */s/ Lawson E. Fite*
                                  LAWSON E. FITE