UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District, and YUBA COUNTY WATER AGENCY,<br><br>　　　　　Defendants.<br>_____/ | NO. CIV. S-06-2845 LKK/JFM |

　　A status conference was held in chambers on March 24, 2008. After hearing, the court orders as follows:

1

1.  A further status conference is set for April 21, 2008 at 3:30 p.m.

IT IS SO ORDERED.

DATED: March 26, 2008.

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

2