UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,

Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

Defendants.

_________________________________/

NO. CIV. S-06-2845 LKK/JFM

O R D E R

The court is in receipt of the defendants' motion to dismiss counts one and two of the plaintiffs' complaint, scheduled to heard on April 21, 2008. In the interest of efficiency, the hearing is hereby CONTINUED to May 5, 2008 at 10:00 AM in Courtroom 4. The opposition and reply, if any, are to be timely filed in accordance with Local Rule 78-230.

The status conference currently scheduled for April 21, 2008 is also CONTINUED to May 5, 2008 at 10:00 AM.

IT IS SO ORDERED.

DATED: March 31, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT