McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0217 (telephone)

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | 2:06-CV-02845-LKK-JFM<br><br>**MOTION PARTIES' STIPULATION AND ORDER CONTINUING SUMMARY JUDGMENT HEARING AND SETTING DATES**<br><br>Date:    June 2, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

The parties contemplate a counter-motion by defendant NMFS for summary judgment on the FOIA issues raised by plaintiff SYRCL's summary judgment motion currently set for hearing May 5, 2008, at 10:00 a.m. before Judge Karlton. Under LR 78-230(e), concerning counter-motions, and to accommodate defendant's need for evidence from an employee who is on leave until April 16, 2008, and plaintiff's counsel's vacation from May 10 to 22, 2008, the parties request that the schedule be as follows: defendant's opposition and optional counter-motion filed by April 24, 2008; plaintiff's optional reply and opposition to defendant's

counter-motion filed by May 9, 2008; defendant's optional reply to plaintiff's opposition filed by May 23, 2008; and hearing June 2, 2008, with or without continuance of the status conference also set for May 5, 2008. A proposed Order is included should the Court grant this request.

Dated: April 14, 2008

McGREGOR W. SCOTT
United States Attorney
RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAM, Section Chief
LAWSON E. FITE, Trial Attorney

By:   */s/ Y H T Himel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Attorneys for Defendant

Dated: April 14, 2008

*/s/ Christopher Sproul*
CHRISTOPHER SPROUL
Environmental Advocates
Attorneys for Plaintiff

## ORDER

It is APPROVED and SO ORDERED.

1. The motion hearing set for May 5, 2008, at 10:00 a.m., is CONTINUED until June 2, 2008, at 10:00 a.m.

2. Defendant's opposition and optional counter-motion shall be due April 24, 2008.

3. Plaintiff's optional reply and opposition to counter-motion shall be due May 9, 2008.

4. Defendant's optional reply to plaintiff's opposition shall be due May 23, 2008.

5. The Status Conference currently scheduled for May 5, 2008, is CONTINUED until June 2, 2008, at 10:00 a.m.

DATED: April 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT