Christopher A. Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS LEAGUE, and
FRIENDS OF THE RIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, FRANCIS J. HARVEY, as Secretary of the Army, COLONEL MICHAEL J. WALSH, as District Engineer, Sacramento District and YUBA COUNTY WATER AGENCY,<br><br>   Defendants.<br>_____ | Case No.: 06-cv-02845-LKK-JFM<br><br>STIPULATION TO WITHDRAW PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT ON FOIA CLAIMS<br><br>Date: June 2, 2008<br>Time: 10:00 a.m.<br>Courtroom: 4, 15th Floor |

The Plaintiff South Yuba River Citizens League ("SYRCL") and the defendant National Marine Fisheries Service ("NMFS") entered into a stipulation ("the Stipulation") on April 14, 2008, which the Court subsequently approved, setting a briefing schedule for: (1) Plaintiffs' Motion for Partial Summary Judgment on its FOIA Claims (i.e., Plaintiffs' Fifth, Seventh, and Eighth Claims) and (2) a counter-motion by NMFS on Plaintiffs' FOIA Claims. The Stipulation provided that NMFS would file its opposition to SYRCL's Motion and NMFS's counter motion by April 24, 2008.

1  SYRCL would then file its optional reply and opposition to NMFS's counter-motion by May 9, 2008.
2  NMFS would then file its optional reply by May 23, 2008.  Among other things, this briefing schedule
3  accommodates counsels' respective plans to be out of the office for parts of April and May, 2008.

4     Since SYRCL filed its Motion for Partial Summary Judgment on FOIA Claims on March 24,
5  2008 (Docket Document No. 108), there have been some changes in the facts concerning NMFS's
6  response to SYRCL's two Freedom of Information Act ("FOIA") requests that are at issue in
7  SYRCL's FOIA claims.  On April 17, 2008, NMFS provided SYRCL a response that, in SYRCL's
8  view, only partially complies with the second FOIA request; accordingly, SYRCL continues to allege
9  that NMFS has not complied with its FOIA obligations.

10    On April 22, 2008, SYRCL filed an Amended Motion for Partial Summary Judgment on
11  FOIA Claims.  SYRCL expresses the purpose of its filing as to withdraw the parts of its argument of
12  FOIA non-compliance that have been superseded by NMFS's April 17, 2008 FOIA response, and to
13  adjust its arguments to fit its views of the current facts.

14    NMFS objects to this filing.  NMFS views the filing as requiring Court approval because it is
15  not authorized by the previously-ordered briefing schedule.  NMFS views the filing as coming too
16  close to its April 24, 2008 deadline to allow it to evaluate the filing and to make a timely response.

17    Therefore, to allow the briefing schedule to proceed as set forth in the Stipulation, SYRCL
18  now withdraws its Amended Motion for Partial Summary Judgment.  SYRCL shall instead provide its
19  updated factual discussion and argument, as appropriate, in its optional reply due on May 9, 2008.

20  Dated: April 22, 2008        *Christopher A. Sproul*
21
22                  _____
                    Christopher Sproul
                    Attorneys for Plaintiffs
23                  SOUTH YUBA RIVER CITIZENS LEAGUE, and
                    FRIENDS OF THE RIVER
24
    Dated: April 22, 2008        MCGREGOR W. SCOTT
25                               United States Attorney
                                 RONALD J. TENPAS, Assistant Attorney General
26                               JEAN E. WILLIAM, Section Chief
                                 LAWSON E. FITE, Trial Attorney
27
                         By:   /s/ Y H T Himel
28                             YOSHINORI H. T. HIMEL
                               Assistant United States Attorney
                               Attorneys for Defendant
                               NATIONAL MARINE FISHERIES SERVICE

-3-

## ORDER

It is APPROVED and SO ORDERED. SYRCL's Amended Motion for Partial Summary Judgment filed on April 22, 2008 is withdrawn. The motion as originally filed is the motion before the court.

DATED: April 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT