McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0217 (telephone)

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | 2:06-CV-02845-LKK-JFM<br><br>**MOTION PARTIES' STIPULATION AND ORDER CONTINUING HEARING AND STATUS CONFERENCE AND EXTENDING TIME FOR REPLY**<br><br>Date:   June 16, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

SYRCL and NMFS, the parties to the pending cross-motions for summary judgment, stipulate and request, subject to the approval of the Court as provided for hereon, that the hearing set for June 2, 2008, be continued for two weeks, until June 16, 2008, at 10:00 a.m., with NMFS's response to SYRCL's opposition papers due June 4, 2008, at 12:00 noon. The reason for NMFS's request for extension of its time is that SYRCL's opposition to NMFS's motion is more fact-intensive than defense counsel expected, requiring more than the anticipated amount of communication between counsel and agency employees to ascertain a

multitude of facts and put them into declaration form. *See*, *e.g.*, Opposition, Clerk's Record number 127-1, at 22-36.  The parties are allowing more than the 10 calendar days between reply and hearing that was previously allowed by stipulated Order filed April 16, 2008, to allow the Court and SYRCL more time to deal with what is anticipated to be a volume of factual material in the reply.  An additional reason for the continuance, in NMFS's counsel's view, is the benefit in judicial efficiency from filing before hearing what reasonably can be supplied in agency declaration form, thus narrowing the issues to be decided by the Court.

      The motion parties suggest that the Court do as it did the previous time, continuing the status conference.  Defense counsel has conferred with codefendants' counsel and confirmed that there is no opposition to the status conference date change.  This is the first extension of the reply time and the second continuance of the hearing date, the period of the first continuance having been 28 days.  A suggested form of Order is included in the event this stipulation is approved.

Dated:  May 22, 2008　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　 */s/ Y H T Himel*
　　　　　　　　　　　　　　　　　　　　　 YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney

Dated:  May 22, 2008　　　　　　　　　　　　ENVIRONMENTAL ADVOCATES

　　　　　　　　　　　　　　　　　　By:　 */s/ Christopher Sproul*
　　　　　　　　　　　　　　　　　　　　　 CHRISTOPHER SPROUL
　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs

### ORDER

Upon the stipulated request of the parties to the cross-motions for summary judgment on the FOIA claims, it is ORDERED as follows:

     1.. The hearing set for June 2, 2008, at 10:00 a.m., is CONTINUED until June 16, 2008, at 10:00 a.m..

     2. Defendant's time for response to SYRCL's opposition, set by Order filed April 16, 2008, is EXTENDED from May 23, 2008,  until June 4, 2008, at 12:00 noon.

3. The status conference set for June 2, 2008, at 10:00 a.m., is CONTINUED until June 16, 2008, at 10:00 a.m.

It is APPROVED and SO ORDERED.

DATED: May 23, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT