UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

        NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                                  O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    Pending before the court is the federal defendants' motion to dismiss the plaintiff's first and second causes of action, which is joined by Defendant Yuba County Water Agency and unopposed by plaintiffs and by intervenor Cordua Irrigation District. The court agrees with defendants' contention that these causes of action are moot, as they challenge Biological Opinions that have since been superceded.

    Accordingly, defendants' motion to dismiss Counts One and Two

1

1 | of the Fifth Amended Complaint is GRANTED.
2 |     IT IS SO ORDERED.
3 |     DATED: May 23, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT