UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

        NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                          O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    The court is in receipt of the plaintiff's motion for leave to file a surreply, in order to address arguments raised in defendants' reply brief and their supporting exhibits. The court does not find that a surreply is either necessary or helpful to the court in this instance. Accordingly, plaintiffs' motion is DENIED.

    IT IS SO ORDERED.

    DATED: June 13, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT