Christopher A. Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS LEAGUE, and
FRIENDS OF THE RIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, FRANCIS J. HARVEY, as Secretary of the Army, COLONEL MICHAEL J. WALSH, as District Engineer, Sacramento District and YUBA COUNTY WATER AGENCY,<br><br>Defendants. | Case No.: 06-cv-02845-LKK-JFM<br><br>STIPULATION FOR LEAVE TO FILE SIXTH AMENDED COMPLAINT |

The parties to this action stipulate, subject to the approval of the Court as provided for herein, as follows:

1. Upon the Court's approval of this stipulation, the Plaintiffs' Sixth Amended Complaint attached hereto shall be deemed filed (and not the version of the Sixth Amended Complaint attached as an exhibit to the Reply Declaration of Christopher Sproul in Support of Plaintiffs' Amended Partial

Motion for Summary Judgment on FOIA Claims filed on May 9, 2008 as Docket Document No. 127-2).[1]

    2. Defendants' date under Fed. R. Civ. P. 12 for response to the Sixth Amended Complaint shall be fifteen court days after the Court approves this stipulation.

    3. Defendants shall not be obligated to file answers to the Fifth Amended Complaint.

Dated: June 12, 2008

*Christopher A. Sproul*

Christopher Sproul
Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS LEAGUE, and FRIENDS OF THE RIVER

Dated: June 12, 2008

MCGREGOR W. SCOTT
United States Attorney
RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAM, Section Chief
LAWSON E. FITE, Trial Attorney

By:  /s/ Y H T Himel
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Attorneys for FEDERAL DEFENDANTS

/s/ Howard F. Wilkins
HOWARD F. WILKINS
Remy, Thomas, Moose and Manley LLP
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
CWilkins@rtmmlaw.com

Attorneys for Defendant YUBA COUNTY WATER AGENCY

/s/ Andrew Hitchings
Andrew Hitchings
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA 95814

---

[1] The version of the Sixth Amended Complaint attached hereto, unlike the version attached as an exhibit to the Sproul Declaration, does not replead the First and Second Claims. By Order issued May 27, 2008, the Court dismissed these two claims--after Plaintiffs filed the version of the Sixth Amended Complaint attached to the Sproul Declaration.

Tel: (916) 446-7979
Fax: (916) 446-8199
Email: ahitchings@lawssd.com

Attorneys for Intervenor-Defendants DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, and HALLWOOD IRRIGATION COMPANY

*/s/ Hanspeter Walter*
HANSPETER WALTER
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall
Sacramento, CA 95814
Tel: (916) 321-4500
Fax: (916) 321-4555
Email: hwalter@kmtg.com

Attorneys for Intervenor-Defendant RAMIREZ WATER DISTRICT

*/s/ Dustin Cooper*
Minasian, Spruance, Meith, Soares & Sexton, LLP
Paul R. Minasian
Dustin C. Cooper
P O Box 1679
Oroville, CA 95965
Tel: (530) 533-2885
Fax: (530) 533-0197
Email: pminasian@minasianlaw.com
       dcooper@minasianlaw.com

Attorneys for Intervenor-Defendant
CORDUA IRRIGATION DISTRICT

ORDER

It is APPROVED and SO ORDERED. SYRCL's Sixth Amended Complaint is deemed filed as of the date of this Order. Defendants' date under Fed. R. Civ. P. 12 for response to the Sixth Amended Complaint shall be fifteen court days from the date of this Order. Defendants shall not be obligated to file answers to the Fifth Amended Complaint.

DATED: June 17, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT