1  McGREGOR W. SCOTT
United States Attorney
2  YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California 95814
4  Telephone: (916) 554-2760

5  RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
6  LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
Wildlife & Marine Resources Section
7  U.S. Department of Justice
Environment & Natural Resources Division
8  Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
9  (202) 305-0217 (telephone)

10  Attorneys for Federal Defendants

11

12              IN THE UNITED STATES DISTRICT COURT FOR THE

13                     EASTERN DISTRICT OF CALIFORNIA

14

15  SOUTH YUBA RIVER CITIZENS              2:06-CV-02845-LKK-JFM
    LEAGUE and FRIENDS OF THE RIVER,
16                                         **STIPULATION AND ORDER FOR
               Plaintiffs,                 INITIAL STAY OF OBLIGATION
17                                         TO PRODUCE *VAUGHN*
         v.                                MATERIALS**
18
    NATIONAL MARINE FISHERIES
19  SERVICE, et al.,

20             Defendants.

21

22        Plaintiff SYRCL and defendant NMFS, as the parties concerned with the Order filed

23  June 20, 2008, under LR 6-144(a), through their undersigned counsel, hereby stipulate,

24  subject to the approval of the Court as provided for hereon, that paragraph 3 on page 39 of

25  that Order, instructing NMFS to produce *Vaughn* declarations or indices by July 10, 2008, be

26  stayed unless and until renewed by notice filed by SYRCL. If there is such a notice, the time

27  to produce those materials shall be five court days after the notice filing.

28

1    The reason for this request is that these parties are discussing a settlement of FOIA

2   issues, and that staying the *Vaughn* obligation facilitates the discussion. As part of this

3   settlement discussion, NMFS is considering providing a copy of its May 2008 co-manager

4   review draft recovery plan to SYRCL, including appendices (hereinafter the "co-manager

5   review draft recovery plan").  The parties have agreed that by July 16, 2008, NMFS will either

6   (1) provide SYRCL with a copy of the co-manager review draft recovery plan; or (2) notify

7   SYRCL that NMFS has decided not to provide SYRCL with a copy of the co-manager review

8   draft recovery plan.  After SYRCL reviews that material, there may be no need to produce the

9   *Vaughn* materials.  No previous extension of this time has been sought or granted.

Dated:  July 9, 2008              ENVIRONMENTAL ADVOCATES
                                  CHRISTOPHER SPROUL
                                  BRIAN ORION

                         By:      */s/ Kelly Franger*
                                  KELLY FRANGER

Dated:  July 9, 2008              McGREGOR W. SCOTT
                                  United States Attorney
                                  RONALD J. TENPAS
                                  Acting Assistant Attorney General
                                  JEAN E. WILLIAMS, Section Chief
                                  LAWSON E. FITE, Trial Attorney

                         By:      */s/ Y H T Himel*
                                  YOSHINORI H. T. HIMEL
                                  Assistant U.S. Attorney

ORDER

    Upon the stipulation of plaintiff SYRCL and defendant NMFS, for good cause shown,

NMFS's obligation to file *Vaughn* materials, contained in paragraph 3 on page 39 of the Order

filed June 20, 2008, is STAYED, unless and until renewed by notice filed by SYRCL.  If such

a notice is filed, the date to file the *Vaughn* materials shall be five court days after the notice

filing.

    It is APPROVED and SO ORDERED.

    DATED: July 10, 2008.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT