REMY, THOMAS, MOOSE and MANLEY, LLP
WHITMAN F. MANLEY, 130972
HOWARD F. WILKINS III, 203083
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
wmanley@rtmmlaw.com
cwilkins@rtmmlaw.com

Attorneys for Defendant
YUBA COUNTY WATER AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation; | Civil Case No.: 2:06-CV-02845-LKK-JFM |
| Plaintiffs, | **STIPULATION AND ORDER TO BIFURCATE ACTION** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUIERREZ, Secretary of the United States Department of Commerce, RODNEY MCINNIS, Southwest Regional Administrator, National Marine Fisheries Service, UNITED STATES ARMY CORPS FO ENGINEERS, PETE GEREN, Secretary of the United States Department of the Army, COL. THOMAS C. CHAPMAN, Sacramento District Engineer, and YUBA COUNTY WATER AGENCY, | |
| Defendants. | |
| DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, HALLWOOD IRRIGATION COMPANY, and CORDUA IRRIGATION DISTRICT | |
| Defendant – Intervenor | |

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER TO BIFURCATE ACTION
NO.: 2:06-CV-02845-LKK-JFM

WHEREAS, Plaintiffs seek declaratory and injunctive relief against the Federal Defendants and Yuba County Water Agency ("YCWA") in this matter;

WHEREAS, Defendant-Intervenors Dry Creek Mutual Water Company, Brophy Water District, Hallwood Irrigation Company, and Ramirez Water District's intervention in this case is limited to the remedial aspects of the litigation, including any remedy phase, pursuant to the parties' stipulations and this Court's orders on intervention;

WHEREAS, all parties agreed in the Joint Status Report filed on June 13, 2008, that this case should be bifurcated into liability and remedy phases, with litigation on remedy (other than preliminary injunctive relief) held in abeyance until liability had been determined (Document 143, p. 18.);

WHEREAS, the Status (Pretrial Scheduling) Conference Order issued on June 17, 2008 does not reference bifurcation or address any potential remedies phase in this case;

WHEREAS, the Status (Pretrial Scheduling) Conference Order issued on June 17, further states that "[n]o modifications of the discovery requirements found in the Federal Rules is ordered" and that "[a]ll discovery is left open, save and except that it shall be so conducted as to be completed by February 16, 2009;"

WHEREAS, Plaintiffs have served discovery relating exclusively to remedies based on their conclusion that the Court's Status (Pretrial Scheduling) Conference Order requires that remedial discovery be completed by February 16, 2009;

WHEREAS, all parties agree that significant time and resources may need to be expended on experts, expert discovery and expert presentations at trial related solely to remedies, should liability be established;

WHEREAS, all parties agree that conducting remedial discovery only in the event that liability may be established would conserve both the Court's and parties' time and resources;

WHEREAS, Plaintiffs have agreed to withdraw all discovery they have served

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

directed solely at the issue of remedies if the Court approves this stipulation and proposed order.  Plaintiffs believe the only such discovery propounded to date  (which Plaintiffs specifically agree to withdraw) are the following discovery requests: (1) Request for Production Nos. 6, 8, and 9 from Plaintiffs' First Set of Requests for Production to YCWA; and (2) Interrogatory Nos. 5, 8, and 9 from Plaintiffs' First Set of Interrogatories to YCWA;

WHEREAS, all parties have agreed to refrain from serving discovery and designating experts that relate solely to remedies if the Court approves this stipulation and proposed order;

WHEREAS, all parties agree that good cause exists to bifurcate the matter because bifurcation: (1) will expedite disposition of this matter; (2) will conserve trial time and other judicial resources; (3) will conserve expert resources; and (4) will not duplicate the presentation of significant areas of the evidence in the separated proceedings.

NOW THEREFORE, Plaintiffs South Yuba River Citizens League, et al., defendants National Marine Fisheries Service, et al. and the Intervenor- Defendants Dry Creek Mutual Water Company, et al., by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.      Upon the Court's approval of this stipulation, all parties agree this case will be bifurcated into liability and remedial phases pursuant to Federal Rule of Civil Procedure 42(b);

2.      Upon the Court's approval of this stipulation, all parties further agree to withdraw pending discovery and refrain from serving further discovery and designating experts relating solely to remedies until such time as the Court may issue an order addressing any remedies phase of this case.

/ / /

/ / /

**Deleted:** d

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

By:   /s/ Howard F. Wilkins III

HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, Ca. 95814
Phone: (916) 443-2745
Fax:  (916) 443-9017
cwilkins@rtmmlaw.com

Attorneys for Defendant YCWA

MCGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney

RONALD J. TENPAS,
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

As authorized on August 28, 2008   By:   /s/ Lawson E. Fite

_____

LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
United States Department of Justice
Env't & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants

/ / /

/ / /

/ / /

/ / /

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | As authorized on August 28, 2008 | By:  /s/ Andrew Hitchings |
| 2 | | _____ |
| 3 | | ANDREW HITCHINGS |
| 4 | | Somach, Simmons & Dunn<br>813 Sixth Street, Third Floor |
| 5 | | Sacramento, CA 95814 |
| 6 | | Fax: (916) 446-8199<br>Email: ahitchings@somachlaw.com |
| 7 | | Attorneys for Intervenor-Defendants<br>DRY CREEK MUTUAL WATER |
| 8 | | COMPANY, BROPHY WATER<br>DISTRICT, and HALLWOOD |
| 9 | | IRRIGATION COMPANY |
| 10 | As authorized on August 28, 2008 | By:  /s/ Hanspeter Walter |
| 11 | | _____ |
| 12 | | HANSPETER WALTER |
| 13 | | Kronick Moskovitz Tiedemann & Girard<br>400 Capitol Mall |
| 14 | | Sacramento, CA 95814 |
| 15 | | Tel: (916) 321-4500 |
| 16 | | Fax: (916) 321-4555<br>Email: hwalter@kmtg.com |
| 17 | | Attorneys for Intervenor-Defendant<br>RAMIREZ WATER DISTRICT |
| 18 | | |
| 19 | As authorized on August 28, 2008 | By:  /s/ Dustin Cooper |
| 20 | | _____ |
| 21 | | Minasian, Spruance, Meith, Soares &<br>Sexton, LLP |
| 22 | | Paul R. Minasian |
| 23 | | Dustin C. Cooper<br>P O Box 1679 |
| 24 | | Oroville, CA 95965 |
| 25 | | Tel: (530) 533-2885 |
| 26 | | Fax: (530) 533-0197<br>Email: pminasian@minasianlaw.com |
| 27 | | dcooper@minasianlaw.com<br>Attorneys for Intervenor-Defendant |
| 28 | | CORDUA IRRIGATION DISTRICT |

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

4

STIPULATION AND [PROPOSED] ORDER TO BIFURCATE ACTION
NO.: 2:06-CV-02845-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com



As authorized on August 28, 2008        By:    /s/ Brian Orion

_____

BRIAN ORION
Environmental Advocates
5135 Anza Street San Francisco,
California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
 E-mail: borion@enviroadvocates.com
Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS
LEAGUE, and FRIENDS OF THE
RIVER

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

It is APPROVED and SO ORDERED. The Status (Pretrial Scheduling) Conference Order issued on June 17, 2008 is amended to state that this case shall be bifurcated into liability and remedial phases pursuant to Federal Rule of Civil Procedure 42(b).  All parties shall withdraw and refrain from propounding discovery relating solely to the issue of remedies.  No experts shall be designated solely to remedies until after the Court resolves the liability issues in the case.  The Court will issue further orders relating to any remedial phase of this case after deciding the liability issues in this matter.

DATED: August 29, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER TO BIFURCATE ACTION
NO.: 2:06-CV-02845-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on August __, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.


/s/ Howard F. Wilkins III
_____

HOWARD F. WILKINS III

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER TO BIFURCATE ACTION
NO.: 2:06-CV-02845-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com