Christopher A. Sproul (Bar No. 126398)
Brian Orion (Bar No. 239460)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS LEAGUE, and
FRIENDS OF THE RIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, FRANCIS J. HARVEY, as Secretary of the Army, COLONEL MICHAEL J. WALSH, as District Engineer, Sacramento District and YUBA COUNTY WATER AGENCY,<br><br>    Defendants. | Case No.: 06-cv-02845-LKK-JFM<br><br>STIPULATION AND ORDER TO STAY EXPERT DISCLOSURE DEADLINE AND REQUEST FOR STATUS CONFERENCE |

South Yuba River Citizens League and Friends of the River (collectively "Plaintiffs"), the United States Army Corps of Engineers ("the Corps") and the National Marine Fisheries Service (collectively "the Federal Defendants"), Yuba County Water Agency ("YCWA"), and Intervenor-Defendant Cordua Irrigation District hereby enter into the following stipulation:

## **STIPULATION**

WHEREAS, on June 17, 2008, the Court issued a Status (Pretrial Scheduling) Conference Order (Docket Doc. 149) ("Pretrial Scheduling Order") setting a discovery cutoff of February 16, 2009;

WHEREAS, the Pretrial Scheduling Order established that designation of experts and submission of opening expert reports shall occur 75 days prior to the discovery cutoff, or December 3, 2008, with the designation of rebuttal experts and submission of rebuttal reports being due 15 days thereafter, or December 18, 2008.  (Docket Doc. 149 at 4-5);

WHEREAS, Plaintiffs believe discovery, including both expert and fact discovery, is appropriate to support Plaintiffs' Endangered Species Act ("ESA") citizen suit claims alleging that the Corps and YCWA are failing to comply with the relevant biological opinion and are therefore taking the listed species without incidental take protection in violation of ESA Section 9;

WHEREAS, the Federal Defendants and YCWA believe that no discovery, whether expert or factual, is appropriate because all of Plaintiffs' claims are to be resolved on the administrative record;

WHEREAS, on July 21, 2008, Plaintiffs and the Federal Defendants filed a Joint Statement Re Discovery Disagreement before Magistrate Judge John F. Moulds in which Plaintiffs' sought to compel the Federal Defendants to respond to outstanding discovery requests;

WHEREAS, on August 26, 2008, Magistrate Judge Moulds denied Plaintiffs' motion to compel the Federal Defendants to respond to Plaintiffs' discovery requests on the basis that Plaintiffs' claims are to be resolved solely on the administrative record;

WHEREAS, Magistrate Judge Moulds' August 26, 2008 ruling denying Plaintiffs' motion to compel discovery responses thus effectively indicates that no discovery will be allowed in this case, including expert discovery, and that the Plaintiffs will not be allowed to move into evidence matters outside of the administrative record, including any expert testimony, thus negating any rationale for the parties to prepare expert reports;

WHEREAS, on September 9, 2008, Plaintiffs moved this Court for reconsideration of Judge Moulds's decision, with the briefing being completed on September 24, 2008.  (Docket Doc. 166, 167, 168, 171, and 172);

1  WHEREAS, uncertainty exists as to whether the parties will be permitted to conduct any
2  expert discovery or seek to introduce expert testimony until the pending motion for reconsideration is
3  decided;

4  WHEREAS, the parties seek to avoid the time and expense of preparing expert discovery and
5  potential expert testimony if no experts will be permitted; and alternatively, the parties seek to avoid
6  the waiver of expert testimony if experts are ultimately permitted but no timely designation has
7  occurred;

8  WHEREAS, pursuant to Local Rule 16-240, the parties may request a status conference to
9  resolve matters involving: (1) the "control and timing of discovery" including potential relief from the
10 discovery deadline set forth in the Pretrial Scheduling Order; (2) "the appropriateness of an order
11 adopting a plan for disclosure of experts"; and (3) "the appropriateness and timing of summary
12 adjudication under Fed. R. Civ. P. 56, and other anticipated motions" (LR 16-240(a)(5), (6) & (9));

13 NOW, THEREFORE, it is hereby stipulated between the parties that the deadline for
14 designation of experts and submission of expert reports shall be taken off calendar and a new deadline
15 shall be established at a status conference to be held two weeks from the date the Court issues its
16 ruling on Plaintiffs' motion for reconsideration.

19 Dated: November 6, 2008         /s/ Brian Orion
                                   BRIAN ORION
20                                 Attorneys for Plaintiffs
                                   SOUTH YUBA RIVER CITIZENS LEAGUE and
21                                 FRIENDS OF THE RIVER

23 Dated: November 6, 2008         MCGREGOR W. SCOTT
                                   United States Attorney
24                                 RONALD J. TENPAS, Assistant Attorney General
                                   JEAN E. WILLIAM, Section Chief
25                                 YOSHINORI H. T. HIMEL, Assistant United States
                                   Attorney
26
                                   /s/ Lawson E. Fite
27                                 LAWSON E. FITE
                                   Trial Attorney
28                                 Attorneys for Defendants
                                   NATIONAL MARINE FISHERIES SERVICE and

UNITED STATES ARMY CORPS OF ENGINEERS

Dated: November 6, 2008

/s/ Howard F. Wilkins
HOWARD F. WILKINS III
Attorneys for Defendants
YUBA COUNTY WATER AGENCY

Dated: November 6, 2008

/s/ Dustin C. Cooper
DUSTIN C. COOPER
Attorneys for Intervenor-Defendants
CORDUA IRRIGATION DISTRICT

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing, the deadline for designation of experts and the submission of expert reports shall be taken off calendar and the parties shall appear for a status conference on November 24, 2008 at 3:00 p.m..

**IT IS SO ORDERED**.

Dated: November 13, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT