McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 05557
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0217 (telephone)

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | 2:06-CV-02845-LKK-JFM<br><br>**SYRCL'S AND NMFS'S STIPULATION AND ORDER SETTING FOIA ATTORNEY'S FEES** |

    Plaintiff SYRCL and defendant NMFS, as the parties to the recently-litigated claims under the Freedom of Information Act, through their undersigned counsel of record, recite and stipulate, subject to the Order of the Court as provided for hereon, as follows:

**RECITALS**

    1.  This action has included claims by SYRCL under the Freedom of Information Act, 5 U.S.C. § 552.  5 U.S.C. § 552(A)(4)(E) allows attorney's fees to be awarded to a prevailing

1 plaintiff.  SYRCL prevailed, in part, in the Order filed June 20, 2008, which granted in part
2 and denied in part the parties' FOIA cross-motions for summary judgment.
3     2.  By Stipulation and Order filed September 18, 2008, and a Settlement Agreement
4 attached thereto, all FOIA claims actually or potentially made in the action were settled
5 except for FOIA attorney's fees and costs.  The stipulation provided that "NMFS has
6 discharged all its record disclosure obligations under FOIAs 1 through 3" and that "all
7 remaining record disclosure obligations under FOIA 4 are subsumed in the Settlement
8 Agreement."
9     3.  SYRCL states that it has received adequate compliance with the Settlement
10 Agreement's record disclosure provisions.
11     4.  The September 18 Stipulation and Order also provided that "no FOIA request made
12 after FOIA 4 may be litigated in this action."
13     5.  NMFS agreed to pay SYRCL attorney's fees and costs under FOIA, subject to
14 mutual agreement on various issues including the amount.
15     6.  The undersigned counsel for the parties certify that they are authorized by their
16 clients to make this agreement.
17     7.  The parties have reached agreement settling the FOIA attorney's fees and costs at
18 $89,236.00, and have duly notified the Court that the question was settled.

### STIPULATIONS

20     8.  NMFS agrees to pay to counsel for SYRCL the sum of $89,236.00 for plaintiffs'
21 attorney's fees and costs for litigating the FOIA claims in the action.  The form of payment
22 may be one of the following, depending on government procedures.
23     9.  Procedures may require NMFS to pay by electronic funds transfer in that amount,
24 using the payment information supplied by plaintiffs' counsel.
25     10.  Alternatively, should NMFS need to make a paper check in that amount, the check
26 will be made payable to "ENVIRONMENTAL ADVOCATES" as plaintiffs' counsel.
27 Plaintiffs or their counsel may pick up the check at the United States Attorney's Office in
28 Sacramento, or may opt to have it sent, at plaintiffs' expense.  Because of the difficulty of

1  tracing and remaking a United States check, plaintiffs shall bear the risk of loss in
2  transmission.
3     11.  NMFS's counsel will make counsel's payment request to NMFS forthwith upon the
4  Court's approval of this stipulation, provided that SYRCL has given counsel all information
5  needed to make the payment.
6     12.  Plaintiffs agree to accept this payment in full satisfaction of any and all claims for
7  FOIA attorney's fees and costs of FOIA litigation to which they are or might become entitled
8  in the captioned action.
9     13.  Plaintiffs agree that the making of this payment by NMFS shall operate as a
10 release of any claims that plaintiffs have made or might make for FOIA attorney's fees and
11 FOIA costs in this action.
12    14.  By this agreement, defendants do not waive any right to contest fees claimed by
13 plaintiffs or plaintiffs' counsel, including the hourly rate, in any future litigation or in the
14 (non-FOIA) remainder of the present action.  This stipulation as to attorney's fees and costs
15 has no precedential value and shall not be used as evidence in any other attorney's fees
16 litigation.
17    15.  This settlement stipulation was negotiated in good faith and it constitutes a
18 settlement of claims that were vigorously contested, denied and disputed by the parties.  By
19 entering into this stipulation the parties do not waive any claim or defense not settled here.

Dated:  December 1, 2008            ENVIRONMENTAL ADVOCATES
                                    CHRISTOPHER SPROUL
                                    KELLY FRANGER
                                    BRIAN ORION

                            By:     */s/ Kelly Franger*
                                    KELLY FRANGER

| | |
|---|---|
| Dated: December 1, 2008 | McGREGOR W. SCOTT<br>United States Attorney<br>RONALD J. TENPAS<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Section Chief<br>LAWSON E. FITE, Trial Attorney |
| By: | */s/ Y H T Himel*<br>YOSHINORI H. T. HIMEL<br>Assistant U.S. Attorney |

## ORDER

The above stipulation is APPROVED and SO ORDERED.

DATED: December 8, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT