LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2760 telephone
(916) 554-2900 facsimile
yoshinori.himel@usdoj.gov

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 055573
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0217 (telephone)
(202) 305-0275 (facsimile)
lawson.fite@usdoj.gov

Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>  Defendants,<br><br>CORDUA IRRIGATION DISTRICT, et al.,<br><br>  Defendant-Intervenors. | No. 2:06-cv-S-02845-LKK-JFM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

1

Pursuant to L.R. Civ. 83-143 and 6-144, this Stipulation is entered into by and between Plaintiffs South Yuba River Citizens League and Friends of the River; Federal Defendants National Marine Fisheries Service, Otto Wolff,[1] Rodney McInnis, United States Army Corps of Engineers, Pete Geren, and Col. Thomas C. Chapman; Defendant Yuba County Water Agency ("YCWA"); and Defendant-Intervenors Cordua Irrigation District ("CID"), Dry Creek Mutual Water Company, Brophy Water District, Hallwood Irrigation Company, and Ramirez Water District:

WHEREAS, on January 19, 2009, Plaintiffs filed a motion entitled "Motion for Clarification of Order Granting Reconsideration of Magistrate Judge's Ruling," Doc. No. 185 ("Motion");

WHEREAS, the Motion is not presently noticed for a hearing date pursuant to LR Civ 78-230;

WHEREAS, the parties agree that resolution of Plaintiffs' Motion without hearing is appropriate;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. Responses by Defendants and Defendant-Intervenors shall be filed on or before February 13, 2009;
2. Plaintiffs' Reply, if any, shall be filed on or before February 17, 2009;
3. Upon the filing of Plaintiffs' Reply, the Motion shall stand submitted.
4. In the event the Court deems a hearing to be warranted, the parties stipulate that a hearing on shortened time be held on February 23, 2009, or another date at the Court's convenience.

Respectfully submitted this 30th day of January, 2009.

---

[1] Acting Secretary of Commerce Otto Wolff is substituted for his predecessor, Carlos M. Gutierrez, pursuant to Fed. R. Civ. P. 25(d).

                */s/ Brian Orion (as authorized on 1/29/09)*
BRIAN ORION
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
tel: (858) 354-8222
fax: (415) 358-5695
borion@enviroadvocates.com
Attorney for Plaintiffs


LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL, Assistant United States
    Attorney
JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief


                */s/ Lawson E. Fite*
LAWSON E. FITE
Trial Attorney, Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-305-0217
202-305-0275 fax
Lawson.fite@usdoj.gov
Attorneys for Federal Defendants


                */s/ Howard F. Wilkins III (as authorized on 1/30/09)*
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley LLP
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
CWilkins@rtmmlaw.com
Attorney for Defendant
YUBA COUNTY WATER AGENCY


                */s/ Dustin C. Cooper (as authorized on 1/29/09)*
DUSTIN C. COOPER
Minasian, Spruance, Meith, Soares & Sexton, LLP
P.O. Box 1679
Oroville, CA 95965
Tel: (530) 533-2885
Fax: (530) 533-0197
Email: pminasian@minasianlaw.com
       dcooper@minasianlaw.com

Attorney for Intervenor-Defendant
CORDUA IRRIGATION DISTRICT

  /s/ Andrew M. Hitchings (as authorized on 1/30/09)
Andrew M. Hitchings
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA 95814
Tel: (916) 446-7979
Fax: (916) 446-8199
Email: ahitchings@somachlaw.com
Attorneys for Intervenor-Defendants DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, and HALLWOOD IRRIGATION COMPANY

  /s/ Hanspeter Walter (as authorized on 1/30/09)
HANSPETER WALTER
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall
Sacramento, CA 95814
Tel: (916) 321-4500
Fax: (916) 321-4555
Email: hwalter@kmtg.com
Attorneys for Intervenor-Defendant RAMIREZ WATER DISTRICT

**ORDER:**

1. Responses by Defendants and Defendant-Intervenors to the above-referenced motion shall be filed on or before February 13, 2009;

2. Plaintiffs' Reply, if any, shall be filed on or before February 17, 2009;

3. Upon the filing of Plaintiffs' Reply, the Motion shall stand submitted.

**IT IS SO ORDERED**, this 5th day of February, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Proposed Order
Setting Briefing Schedule            4            No. 2:06-CV-S-2845-LKK-JFM