UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

        NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                             O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    On March 2, 2009, plaintiffs noticed a motion for a preliminary injunction, to be heard on April 6, 2009. Defendant Yuba County Water Agency ("YCWA") filed an ex parte application seeking to extend the time to respond to this motion (and, consequently, the resolution of the motion) by twenty-eight days.

    YCWA provides argues that an extension is necessary because it cannot otherwise respond to the 1,282 pages of exhibits accompanying the motion, and because plaintiff's declarant John

1

Nelson has undergone eye surgery and is unavailable for deposition until, at the earliest, the week of March 23, when YCWA's opposition is due.

Plaintiff responds that Nelson's unavailability does not justify delay, because "Mr. Nelson mostly asserts facts that are well supported by other documents in the record and other declarants." If this is indeed the case, then the appropriate remedy is to strike the citations to Nelson's declaration--not to allow plaintiff to rely on a declarant who is unavailable to defendants.

Accordingly, YCWA's application to extend time is DENIED. References to Nelson's testimony in plaintiff's present motion are STRICKEN. Plaintiffs MAY withdraw this motion by 5 p.m. on Friday, March 13, 2009 without prejudice, and re-notice this motion for hearing at a later date which will afford defendants an opportunity to depose Nelson.

IT IS SO ORDERED.

DATED: March 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT