1  LAWRENCE G. BROWN, Acting U.S. Attorney
   YOSHINORI H.T. HIMEL, Assistant U.S. Attorney
2  Eastern District of California
   501 I Street, Suite 10-100
3  Sacramento, CA  95814
   (916) 554-2760 (tel.)
4  (916) 554-2900 (fax)

5  JOHN C. CRUDEN, Acting Asst. Attorney General
   JEAN E. WILLIAMS, Section Chief
6  BRADLEY H. OLIPHANT, Trial Attorney, California Bar No. 216468
   United States Department of Justice
7  Environment & Natural Resources Division
   Wildlife & Marine Resources Section
8  P. O. Box 7369, Washington, D.C.  20044-7369
   (202) 305-0500 (tel)
9  (202) 305-0275 (fax)

10 Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER, | CASE NO. 2:06-cv-02845-LKK-JFM |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER |
| v. | STAYING CERTAIN DISCOVERY |
| NATIONAL MARINE FISHERIES SERVICE, et al. | PENDING FEDERAL DEFENDANTS' |
| Defendants. | MOTION TO DISMISS |

WHEREAS, Plaintiffs in this action have noticed the Deposition of the Army Corps of Engineers for March 25, 2009, and the Deposition of Mike Dietl for March 26, 2009 (collectively, the "Depositions");

WHEREAS, on March 2, 2009, Federal Defendants propounded Interrogatories and a Request for Production of Documents on Plaintiffs;

1

WHEREAS, on March 6, 2009, Federal Defendants filed a Motion To Dismiss Plaintiffs' Fourth Claim For Relief In Part ("Motion");

WHEREAS, staying the Depositions and Plaintiffs' obligation to respond to Interrogatory Nos. 5-8 and Request for Production 1 as it relates to Interrogatory Nos. 5-8 of the Federal Defendants' discovery while the Federal Defendants' Motion is pending would promote judicial economy and not prejudice any party;

NOW, THEREFORE, it is hereby stipulated between Plaintiffs and Federal Defendants, by and through counsel, that, should the Motion be denied:

1. The time for Plaintiffs' responses to Interrogatory Nos. 5-8 and Request for Production No. 1 as it relates to Interrogatory Nos. 5-8 is extended until 15 days after this Court's resolution of Federal Defendants' Motion.

2. The Depositions will take place within 30 days after the Court's resolution of Federal Defendants' Motion.

3. The parties reserve the right to amend the terms of this Stipulation upon a showing of good cause, or seek other appropriate relief from the Court.

Dated: March 13, 2009.

        JOHN C. CRUDEN, Acting Assistant Attorney General
        JEAN E. WILLIAMS, Section Chief

        /s/ Bradley H. Oliphant
        BRADLEY H. OLIPHANT, Trial Attorney
        (Cal. Bar No. 216468)
        Attorney for Federal Defendants
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        Phone: (202) 305-0500
        Fax: (202) 305-0275
        Email: bradley.oliphant@usdoj.gov

/////

/////

/////

1 | Dated: March 13, 2009.

BRIAN ORION
Environmental Advocates

 /s/ Brian Orion
5135 Anza Street
San Francisco, CA  94121
tel: (530) 277-5758
fax: (415) 358-5695
Email: borion@enviroadvocates.com

ORDER

2 | The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED:  March 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/southyuba.stip