LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2760 telephone
(916) 554-2900 facsimile
yoshinori.himel@usdoj.gov

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 055573
BRADLEY H. OLIPHANT, Trial Attorney, Cal. Bar. No. 216468
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0217 (telephone)
(202) 305-0275 (facsimile)
lawson.fite@usdoj.gov

Attorneys for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al., | No. 2:06-cv-S-02845-LKK-JFM |
| Plaintiffs, | **STIPULATION AND ORDER SETTING MODIFIED PAGE LIMITS FOR BRIEFING ON PRELIMINARY INJUNCTION MOTION** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants, | |
| CORDUA IRRIGATION DISTRICT, et al., | |
| Defendant-Intervenors. | |

1      Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs South Yuba River Citizens League and Friends of the River; Federal Defendants National Marine Fisheries Service, Otto Wolff, Rodney McInnis, United States Army Corps of Engineers, Pete Geren, and Col. Thomas C. Chapman; and Defendant Yuba County Water Agency ("YCWA"):

      WHEREAS, on June 17, 2008, this Court entered a scheduling Order limiting opening briefs on all motions to 30 pages (Doc. No. 149, at 3);

      WHEREAS, on March 2, 2009, Plaintiffs filed a motion for preliminary injunction in this action (Doc. Nos. 197, 198, 199);

      WHEREAS, on March 20, 2009, Federal Defendants and YCWA filed their briefs in opposition to Plaintiffs' motion (Doc. Nos. 214, 218, 219);

      WHEREAS, Federal Defendants and YCWA inadvertently filed briefs in excess of this Court's page limit, of 41 pages and 58 pages, respectively;

      WHEREAS, on March 23, 2009, Plaintiffs moved this Court for leave to file two reply briefs of 25 pages each (Doc. No. 223);

      NOW, THEREFORE, it is hereby stipulated between Plaintiffs, YCWA, and Federal Defendants, by and through counsel, that:

1. Federal Defendants shall be granted leave to file a brief not to exceed 41 pages in opposition to Plaintiffs' preliminary injunction motion.

2. YCWA shall be granted leave to file a brief not to exceed 58 pages in opposition to Plaintiffs' preliminary injunction motion.

3. Plaintiffs shall be granted leave to file separate reply briefs not to exceed 25 pages each responding, respectively, to the Federal Defendants' and YCWA's Opposition briefs.

4. Plaintiffs' motion for leave to file overlength brief shall be deemed withdrawn.

Respectfully submitted this 24th day of March, 2009.

| | |
|---|---|
| | */s/ Brian Orion (as authorized on 3/23/09)* |
| | BRIAN ORION |
| | Environmental Advocates |
| | 5135 Anza Street |
| | San Francisco, CA 94121 |
| | tel: (858) 354-8222 |
| | fax: (415) 358-5695 |
| | borion@enviroadvocates.com |
| | Attorney for Plaintiffs |

LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL, Assistant United States Attorney
JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
BRADLEY H. OLIPHANT, Trial Attorney

*/s/ Lawson E. Fite*
LAWSON E. FITE
Trial Attorney, Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-305-0217
202-305-0275 fax
Lawson.fite@usdoj.gov
Attorneys for Federal Defendants

*/s/ Howard F. Wilkins III (as authorized on 3/24/09)*
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley LLP
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
CWilkins@rtmmlaw.com
Attorney for Defendant
YUBA COUNTY WATER AGENCY

**ORDER:**

1. Federal Defendants shall be granted leave to file a brief not to exceed 41 pages in

Stipulation and Proposed Order
Modifying Page Limitations     3     No. 2:06-CV-S-2845-LKK-JFM

1 | opposition to Plaintiffs' preliminary injunction motion.

2 |       2.      YCWA shall be granted leave to file a brief not to exceed 58 pages in opposition to Plaintiffs' preliminary injunction motion.

3 |       3.      Plaintiffs shall be granted leave to file separate reply briefs not to exceed 25 pages each responding, respectively, to the Federal Defendants' and YCWA's Opposition briefs.

4 |       4.      Plaintiffs' motion for leave to file overlength brief shall be deemed withdrawn.

**IT IS SO ORDERED**, this 24th day of March, 2009.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT