UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                                  O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    The court hereby VACATES the hearing on plaintiffs' motion for a preliminary injunction (Doc. No. 197), currently scheduled for May 4, 2009, at 10:00 a.m. A further order will be forthcoming.

    IT IS SO ORDERED.

    DATED: April 29, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1