UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.

O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

On April 6, 2009, plaintiffs filed a memorandum in support of a motion for partial summary adjudication, Doc. No. 247. This memorandum was not accompanied by a notice setting a motion for hearing, although the memorandum indicated a proper hearing date. More significantly, although the memorandum was accompanied by three declarations, plaintiffs did not submit a statement of undisputed material facts. Local Rule 56-260(a) provides that "Each motion for summary judgment or summary adjudication shall be

1

accompanied by a 'Statement of Undisputed Facts' that enumerate discretely each of the specific material facts relied upon in support of the motion . . . ."

The hearing date indicated by this memorandum was May 18, 2009. In accord with the local rules, defendants filed briefs in opposition to this motion not later than two weeks prior to this hearing, here, on May 1, 2009. After these opposition briefs were filed, plaintiffs filed a statement of undisputed facts. However, the defendants were obviously unable to benefit from this tardy statement in drafting their opposition briefs, and absent responses from defendants, this statement's utility to the court is further limited.

The parties have since submitted a stipulation to continue the hearing on this matter until June 29, 2009.

Based on the above, the court ORDERS as follows:

1. The parties' stipulation to continue the hearing, Doc. No. 257, is GRANTED. This hearing is thereby continued to June 29, 2009

2. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing by June 8, 2009 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to comply with Local Rule 56-260(a).

IT IS SO ORDERED.

DATED: May 15, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT