1 Christopher A. Sproul (Bar No. 126398)
Brian Orion (Bar No. 239460)
2 Environmental Advocates
5135 Anza Street
3 San Francisco, California 94121
Telephone: (415) 533-3376
4 Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
5 borion@enviroadvocates.com

6 Patricia Weisselberg (Bar No. 253015)
Law Office of Patricia Weisselberg
7 115 Oakdale Avenue
Mill Valley, California 94941
8 415-388-2303
Email: pweisselberg@wans.net
9 Attorneys for Plaintiffs

10 SOUTH YUBA RIVER CITIZENS LEAGUE, and
FRIENDS OF THE RIVER

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  SOUTH YUBA RIVER CITIZENS LEAGUE, non-profit corporation, and FRIENDS OF THE 16  RIVER, a non-profit corporation, | ) Case No.: 06-cv-02845-LKK-JFM ) ) STIPULATION AND ORDER ) SETTING MODIFIED PAGE LIMITS |
| 17              Plaintiffs, | ) AND BRIEFING SCHEDULE FOR ) PLAINTIFFS' MOTION FOR |
| 18       v. | ) PRELIMINARY INJUNCTION ) |
| 19  NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of 20  Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries 21  Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, FRANCIS J. 22  HARVEY, as Secretary of the Army, COLONEL MICHAEL J. WALSH, as District Engineer, 23  Sacramento District and YUBA COUNTY WATER AGENCY, | ) ) ) ) ) ) ) ) ) ) |
| 24              Defendants. | ) ) |
| 25 | ) ) |
| 26 _____ | ) |

27

28

Pursuant to Local Rule 83-143, the following stipulation is entered into between Plaintiffs South Yuba River Citizens League and Friends of the River, Defendant Yuba County Water Agency ("YCWA"), Federal Defendants National Marine Fisheries Service, Rodney McInnis, Otto Wolff, United States Army Corps of Engineers, Pete Geren, and Col. Thomas C. Chapman; and the Intervenor Defendants Brophy Water District, Cordua Irrigation District, Dry Creek Mutual Water Company, Hallwood Irrigation Company, Ramirez Water District (collectively, "Intervenor-Defendants");

WHEREAS, on June 17, 2008, this Court entered a scheduling Order limiting opening and opposition briefs on all motions to 30 pages and reply briefs to 15 pages (Doc. No. 149, at 3);

WHEREAS, on December 23, 2008, this Court entered an Order providing that all discovery shall be completed no later than August 14, 2009, with expert designation due 75 days prior, thus making June 1, 2009, the deadline for expert designation (Doc. No. 184, at 39);

WHEREAS the parties intend to file motions for summary judgment in this matter in the coming weeks;

WHEREAS the parties have agreed that the interests of justice and efficiency warrant staying the designation of experts and preparation of expert reports until the parties' motions for summary judgment are ruled upon;

WHEREAS, on March 2, 2009, Plaintiffs filed a motion for preliminary injunction (Doc. No. 197);

WHEREAS, on March 24, 2009, the parties filed a stipulation and proposed order granting permission to exceed page limits for the briefing on Plaintiffs' motion for preliminary injunction (Doc. No. 228);

WHEREAS, on March 25, 2009, this Court granted the parties' request to exceed page limits (Doc. No. 230);

WHEREAS, on May 6, 2009, this Court denied Plaintiffs' preliminary injunction motion without prejudice (Doc. No. 255);

WHEREAS, Plaintiffs seek to file the attached renewed motion for preliminary injunction setting the hearing for June 29, 2009;

WHEREAS, the parties have agreed on a briefing schedule in conformity with Local Rule 78-230.

NOW, THEREFORE, it is hereby stipulated between Plaintiffs, YCWA, the Federal Defendants, and Intervenor-Defendants, by and through counsel, that:

1. Plaintiffs shall be granted leave to file an opening brief not to exceed 35 pages;

2. YCWA shall be granted leave to file an opposition brief not to exceed 45 pages;

3. The Federal Defendants shall be granted leave to file an opposition brief not to exceed 45 pages;

4. The Intervenor Defendants shall each be granted leave to file opposition briefs not to exceed 45 pages;

5. Plaintiffs shall be granted leave to file reply briefs to the Defendants' opposition briefs not to exceed 20 pages in length;

6. Plaintiffs' opening brief is due May 20, 2009;

7. Opposition briefs by YCWA, the Federal Defendants and Intervenor Defendants are due June 10, 2009;

8. Reply briefs by Plaintiffs are due June 23, 2009;

9. All expert deadlines (including designations, reports and discovery) shall be stayed pending ruling on the parties' motions for summary judgment.

Dated: May 20, 2009

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

*/s/ Lawson Fite*
LAWSON E. FITE, Trial Attorney (Ore. Bar No. 055573)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0500
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov
Attorney for Federal Defendants

Dated: May 20, 2009

/s/ Brian Orion
BRIAN ORION
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
tel: (530) 277-5758
fax: (415) 358-5695
borion@enviroadvocates.com
Attorneys for Plaintiffs South Yuba River
Citizens League and Friends of the River

Dated: May 21, 2009

/s/ Howard Wilkins
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley LLP
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Cwilkins@rtmmlaw.com
Attorney for Yuba County Water Agency

/s/ Andrew Hitchings
Andrew Hitchings
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA 95814
Tel: (916) 446-7979
Fax: (916) 446-8199
Email: ahitchings@lawssd.com

Attorneys for Intervenor-Defendants DRY
CREEK
MUTUAL WATER COMPANY, BROPHY
WATER
DISTRICT, and HALLWOOD IRRIGATION
COMPANY

/s/ Hanspeter Walter
HANSPETER WALTER
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall
Sacramento, CA 95814
Tel: (916) 321-4500
Fax: (916) 321-4555
Email: hwalter@kmtg.com

Attorneys for Intervenor-Defendant RAMIREZ
WATER
DISTRICT

/s/ Paul Minasian
Minasian, Spruance, Meith, Soares & SextonLLP

Paul R. Minasian
Dustin C. Cooper
P O Box 1679
Oroville, CA 95965
Tel: (530) 533-2885
Fax: (530) 533-0197
Email: pminasian@minasianlaw.com
dcooper@minasianlaw.com

Attorneys for Intervenor-Defendant
CORDUA IRRIGATION DISTRICT

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.


Dated this 26th day of May, 2009


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT