IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>　　　　Defendants,<br><br>CORDUA IRRIGATION DISTRICT, et al.,<br><br>　　　　Intervenor-Defendants.<br>_____ | Case No.: 06-cv-02845-LKK-JFM<br><br>**STIPULATION AND ORDER SETTING MODIFIED PAGE LIMITS AND BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Local Rule 83-143, the following stipulation is entered into between Plaintiffs South Yuba River Citizens League and Friends of the River, Defendant Yuba County Water Agency ("YCWA"), Federal Defendants National Marine Fisheries Service, Rodney McInnis, Gary Locke, United States Army Corps of Engineers, Pete Geren, and Col. Thomas C. Chapman, and Intervenor-Defendant Cordua Irrigation District:

　　　　WHEREAS, on June 17, 2008, this Court entered a scheduling Order limiting opening and opposition briefs on all motions to 30 pages and reply briefs to 15 pages (Doc. No. 149, at 3);

WHEREAS the parties intend to file cross-motions for summary judgment in this matter in the coming weeks;

WHEREAS, the parties have agreed on a briefing schedule in conformity with Local Rule 78-230;

WHEREAS, on March 25, 2009, and, May 26, 2009, this Court granted the parties' requests to exceed page limits (Doc. Nos. 230, 272);

NOW, THEREFORE, it is hereby stipulated between Plaintiffs, YCWA, the Federal Defendants, and Cordua Irrigation District, by and through counsel, that:

1. The parties shall be granted leave to file opening briefs not to exceed 40 pages;
2. Plaintiffs shall be granted leave to file opposition/reply briefs not to exceed 20 pages in length;
3. Defendants and Defendant-Intervenor shall be granted leave to file reply briefs not to exceed 20 pages in length;
4. Plaintiffs' motion for summary judgment and opening brief is due June 8, 2009;
5. Defendants' and Defendant-Intervenor's cross-motions for summary judgment and opening briefs are due July 10, 2009;
6. Plaintiffs' opposition/reply briefs are due July 24, 2009;
7. Reply briefs by Defendants and Defendant-Intervenor are due August 7, 2009;
8. The motions shall be set for hearing on August 17, 2009, at 10:00 a.m.

Respectfully submitted,

Dated: June 3, 2009

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

  */s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney (Ore. Bar No. 055573)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0500
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov
Attorney for Federal Defendants

| | |
|---|---|
| Dated: June 3, 2009 | /s/ Christopher Sproul (as authorized on 6/3/09) |
| | CHRISTOPHER SPROUL |
| | Environmental Advocates |
| | 5135 Anza Street |
| | San Francisco, CA  94121 |
| | tel: (530) 277-5758 |
| | fax: (415) 358-5695 |
| | csproul@enviroadvocates.com |
| | Attorneys for Plaintiffs South Yuba River Citizens League and Friends of the River |
| Dated:  June 3, 2009 | /s/ Howard F. Wilkins III (as authorized on 6/3/09) |
| | HOWARD F. WILKINS III |
| | Remy, Thomas, Moose and Manley LLP |
| | 455 Capitol Mall, Suite 210 |
| | Sacramento, California  95814 |
| | Telephone:  (916) 443-2745 |
| | Facsimile:  (916) 443-9017 |
| | Cwilkins@rtmmlaw.com |
| | Attorney for Yuba County Water Agency |
| Dated:  June 3, 2009 | /s/ Dustin C. Cooper (as authorized on 6/3/09) |
| | DUSTIN C. COOPER |
| | Minasian, Spruance, Meith, Soares & Sexton, LLP |
| | P.O. Box 1679 |
| | Oroville, CA 95965 |
| | Tel: (530) 533-2885 |
| | Fax: (530) 533-0197 |
| | Email: dcooper@minasianlaw.com |
| | Attorneys for Intervenor-Defendant Cordua Irrigation District |

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

Dated this 5th day of June, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT