UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

          NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                          O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    Four motions are pending in this case:

1)   Plaintiffs' motion for partial summary adjudication as to their standing, filed on April 6, 2009, Doc. No. 247. By stipulation, the hearing on this motion has been set for June 29, 2009.

2)   Plaintiffs' renewed motion for a preliminary injunction, filed on May 20, 2009, Doc. No. 260, noticed for hearing on June 29, 2009.  This motion is based on plaintiffs'

1

|   |   |
|---|---|
| 1 | third claim, against the National Marine Fisheries |
| 2 | Service, and one portion of plaintiffs' fourth claim, |
| 3 | against the Army Corps of Engineers.  Plaintiffs have |
| 4 | dismissed the portion of this motion concerning their |
| 5 | sixth claim, against the Yuba County Water Agency, |
| 6 | pursuant to a settlement. |
| 7 | 3)   Plaintiffs' motion for summary judgment on the same |
| 8 | claims underlying plaintiff's motion for a preliminary |
| 9 | injunction, filed June 8, 2009, Doc. No. 279.  This |
| 10 | motion is noticed for hearing on August 17, 2009. |
| 11 | 4)   Defendant NMFS and the Corps' cross motion for summary |
| 12 | judgment on these same claims.  Pursuant to the parties' |
| 13 | stipulation, this motion will be filed on July 10, 2009. |

Having reviewed the memoranda filed to date in the above motions, the court concludes that these motions should be heard and resolved collectively.  <u>See</u> Federal Defendants' Opposition to Plaintiffs' Renewed Motion for a Preliminary Injunction, Doc. No. 283, 5 n.1 (arguing that the imminent hearing on the latter motions for summary judgment is ground for denying the motion for a preliminary injunction, and in the alternative, arguing that the hearings should be combined).  Based on this review of the case, and on plaintiffs' previous requests for several significant continuances in the resolution of the preliminary injunction motion, the court concludes that this seven week delay will not unduly prejudice plaintiffs.  Because it is possible for a party to be entitled to a preliminary injunction without being entitled

to summary judgment, the motion for a preliminary injunction is not moot.[1]

Accordingly, the hearing on plaintiffs' motion for partial summary adjudication on standing, Doc. No. 247, and plaintiffs' renewed motion for a preliminary injunction, Doc. No. 260, are CONTINUED to August 17, 2009, at 10:00 a.m.  This continuance does not alter the briefing schedules in any of the above matters.

IT IS SO ORDERED.

DATED: June 12, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court's recognition of this abstract possibility does not indicate any judgment as to the possibility or likelihood of this outcome on the facts of this case.

3