UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

        NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                      O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    Pending before the court in the above captioned matter are four motions: a motion for partial summary adjudication, a motion for a preliminary injunction, and cross motions for summary judgment. These matters are currently set for hearing on August 17, 2009, at 10:00 a.m. Due to court congestion, and because the court finds that the complexity of these matters warrants setting them for a separate hearing date, the court hereby CONTINUES this

////

1

1  hearing to August 21, 2009 at 10:00 a.m.
2       IT IS SO ORDERED.
3       DATED: August 12, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT