IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>    Defendants,<br><br>CORDUA IRRIGATION DISTRICT, et al.,<br><br>    Intervenor-Defendants. | Case No. 06-cv-02845-LKK-JFM<br><br>**STIPULATION AND ORDER RESETTING PRETRIAL CONFERENCE** |

Pursuant to Local Rule 143, the following stipulation is entered into between Plaintiffs South Yuba River Citizens League and Friends of the River, Federal Defendants National Marine Fisheries Service, Rodney McInnis, Gary Locke, United States Army Corps of Engineers, John McHugh,[1] and Col. Thomas C. Chapman, and Intervenor-Defendants Cordua Irrigation District and Yuba County Water Agency ("YCWA"):

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary of the Army John McHugh is substituted for his predecessor, Pete Geren.

1  WHEREAS, on January 19, 2010, this Court entered a Minute Order setting the final pre-trial conference in this matter for March 29, 2010, at 10:00 a.m., and the bench trial for July 7, 2010 at 10:30 a.m. (Doc. No. 308);

WHEREAS, the parties have filed cross-motions for summary judgment in this matter, which are now submitted (Doc. Nos. 279, 295, 307);

WHEREAS, on May 26, 2009, this Court entered an Order approving the parties' stipulation staying all expert discovery pending resolution of the summary judgment motions (Doc. No. 272);

WHEREAS, the parties agree that it is likely that the pending motions will resolve at least many of the issues in this case;

WHEREAS, accordingly, the parties have not conducted additional pretrial preparation, such as conducting expert discovery or meeting and conferring on evidentiary matters;

WHEREAS, the parties agree that the interests of judicial efficiency and economy warrant staying the final pre-trial conference pending ruling on the cross-motions for summary judgment;

NOW, THEREFORE, it is hereby stipulated between Plaintiffs, the Federal Defendants, YCWA and Cordua Irrigation District, by and through counsel, that:

1. The Final Pre-Trial Conference set for March 29, 2010 is RE-SET to a Status Conference.

2. In lieu of a Joint Case Management Statement, the parties incorporate by reference their Mid-Litigation Statements (Doc. Nos. 299-302).

Respectfully submitted,

Dated: March 18, 2010

IGNACIA S. MORENO, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

*/s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney (Ore. Bar No. 055573)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275

Email: lawson.fite@usdoj.gov
Attorney for Federal Defendants

Dated: March 18, 2010            /s/ Christopher Sproul (by LEF, as authorized on 3/18/10)
CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, CA  94121
tel: (530) 277-5758
fax: (415) 358-5695
csproul@enviroadvocates.com
Attorneys for Plaintiffs South Yuba River Citizens League and Friends of the River

Dated:  March 18, 2010            /s/ Howard F. Wilkins III (by LEF, as authorized 3/18/10)
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley LLP
455 Capitol Mall, Suite 210
Sacramento, California  95814
Telephone:  (916) 443-2745
Facsimile:  (916) 443-9017
Cwilkins@rtmmlaw.com
Attorneys for Intervenor-Defendant Yuba County Water Agency

Dated:  March 18, 2010            /s/ Dustin C. Cooper (by LEF, as authorized 3/18/10)
DUSTIN C. COOPER
Minasian, Spruance, Meith, Soares & Sexton, LLP
P.O. Box 1679
Oroville, CA 95965
Tel: (530) 533-2885
Fax: (530) 533-0197
Email: dcooper@minasianlaw.com

Attorneys for Intervenor-Defendant Cordua Irrigation District

**ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

Dated : March 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT