UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.

O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
                                  /

    Cross motions for summary judgment in the above captioned matter are presently under submission.  In light of this, on March 22, 2010, the court granted the parties' stipulation to convert the pretrial conference set for March 29, 2010 to a status conference. On further review, the court concludes that no status conference is necessary.  The court hereby VACATES the status conference presently set for March 29, 2010.  The court will set a future

////

1

1  date, if necessary, once the motions for summary judgment are
2  resolved.
3       IT IS SO ORDERED.
4       DATED: March 25, 2010.

                                   /s/ Lawrence K. Karlton
                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2