1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE,
and FRIENDS OF THE RIVER,

                  Plaintiffs,

      v.

NATIONAL MARINE FISHERIES SERVICE,
GARY F. LOCKE, , as Secretary of Commerce,
RODNEY MCINNIS, as Regional Administrator of
the National Marine Fisheries Service Southwest
Region, UNITED STATES ARMY CORPS OF
ENGINEERS, JOHN MCHUGH[1], as  Secretary of
the Army, COLONEL WILLIAM J. LEAHY, as
District Engineer, Sacramento District,

                  Defendants.

Civil Case No.: 2:06-CV-02845-LKK-JFM

**STIPULATION AND ORDER OF
REFERRAL FOR SETTLEMENT
CONFERENCE**

---

[1] John McHugh and William J. Leahy are substituted for their predecessors, Pete Geren and Thomas C. Chapman respectively, pursuant to Fed. R. Civ. P. 25(d).

1

1    Pursuant to Local Rule 143, the following stipulation is entered into between Plaintiffs South

2 Yuba River Citizens League and Friends of the River, and Federal Defendants National Marine

3 Fisheries Service and United States Army Corps of Engineers, et al.:

4    WHEREAS, on July 8, 2010, this Court entered an Order granting in part and denying in part

5 Plaintiffs' motion for summary judgment as to liability, and granting in part and denying in part Federal

6 Defendants' motion for summary judgment as to liability. (Doc. No. 316);

7    WHEREAS, issues regarding liability and remedy remain to be resolved;

8    WHEREAS, the parties have agreed that the interests of judicial efficiency and economy warrant

9 their participation in a court supervised settlement conference, pursuant to Local Rule 270(a);

10    WHEREAS, the parties have agreed that, pursuant to Local Rule 270(b) neither the assigned

11 District Court Judge, nor the assigned Magistrate Judge, will conduct the settlement conference;

12    WHEREAS, the parties request that the settlement conference be referred to another Judge in the

13 Eastern District of California;

14    WHEREAS, the parties have agreed that August 30, 2010 or August 31, 2010 are

15 their first choice of dates for the settlement conference;

16    WHEREAS, the parties have agreed that September  13, 14, 17, 20, 22 and 23, 2010 are potential

17 alternate dates for the settlement conference;

18    NOW, THEREFORE it is hereby stipulated between Plaintiffs and Federal Defendants, by and

19 through counsel, that:

20    1.    Pursuant to LR 270(a), the case is hereby REFERRED to a non-assigned District Judge

21         or Magistrate Judge for a settlement conference.  The clerk of the court is directed to

22         select a judge from the list used for post-pretrial settlement conferences.

23    2.    Neither the assigned District Court Judge nor the assigned Magistrate Judge will act as

24         settlement judge.

25    3.    The final schedule for the settlement conference will be determined after consultation

26         with the settlement Judge chosen to preside at the conference.

27

28

1

Respectfully submitted,

2   Dated:  August 5, 2010

*/s/ Brian Orion*
BRIAN ORION
3   Environmental Advocates
5135 Anza Street
4   San Francisco, CA 94121
tel:  (415) 277-5758
5   fax:  (415) 358-5695
borion@enviroadvocates.com
6   Attorneys for Plaintiffs South Yuba River
Citizens League and Friends of the River
7

8

9   Dated:  August 5, 2010

*/s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney (Ore.
10   Bar No. 055573)
Wildlife & Marine Resources Section
11   Ben Franklin Station, P.O. Box 7369
Washington D.C. 20044-7369
12   Phone:  (202) 305-0217
Fax:  (202) 305-0275
13   Email:  lawson.fite@usdoj.gov
Attorney for Federal Defendants
14

15                                              ORDER

16      The Court having read and considered the foregoing stipulation, and good cause appearing,

17      **IT IS SO ORDERED**.

18

19

Dated this 6th day of August, 2010.
20

21

22

23   LAWRENCE K. KARLTON
SENIOR JUDGE
24   UNITED STATES DISTRICT COURT

25

26

27

28

3