UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

                                      NO. CIV. S-06-2845 LKK/JFM

       Plaintiffs,

  v.                                       O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

       Defendants.
_____/

    On July 8, 2010, the court granted in part and denied in part plaintiffs' motion for partial summary judgment. The court also instructed the parties to file supplemental briefing on plaintiffs' pending motion for a preliminary injunction. On August 5, 2010, the parties filed a stipulation for referral to a District Judge or Magistrate Judge for a settlement conference. The court granted the stipulation the following day. In late September 2010, a settlement conference was held before Magistrate Judge Hollows. The court is

1

1  informed that the parties have been unable to obtain approval of
2  a settlement.
3       For the foregoing reasons, the court ORDERS parties to submit
4  status reports within fourteen (14) days of the issuance of this
5  order. These reports shall indicate the status of any settlement
6  activities as well as the remaining issues before this court.
7       IT IS SO ORDERED.
8       DATED: October 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2