```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,
                                          NO. CIV. S-06-2845 LKK/JFM

         Plaintiffs,

     v.                                        O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

         Defendants.
                                  /
```

This court had granted in part plaintiffs' motion for summary judgment as to liability. The parties subsequently entered settlement discussions as to remedy. On October 26, 2010, the court ordered the parties to file within fourteen days status reports concerning, <u>inter alia</u>, the status of any settlement activities and of any remaining issues before this court. On October 28, 2010, plaintiffs filed a status report indicating that settlement has been unsuccessful and seeking this court to rule upon their pending

1

1  motion for a preliminary injunction. The other parties have not yet
2  filed status reports.
3      For the foregoing reasons, the court ORDERS that plaintiffs'
4  motion for a preliminary injunction, ECF No. 260, shall be heard
5  on November 22, 2010 at 10:00 a.m.
6      IT IS SO ORDERED.
7      DATED: November 1, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2