REMY, THOMAS, MOOSE and MANLEY, LLP
WHITMAN F. MANLEY, 130972
HOWARD F. WILKINS III, 203083
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
wmanley@rtmmlaw.com
cwilkins@rtmmlaw.com

Attorneys for Defendant-Intervenor
YUBA COUNTY WATER AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, et al.,<br><br>    Defendants.<br><br>CORDUA IRRIGATION DISTRICT, DRY CREEK MUTUAL WATER COMPANY, BROPHY WATER DISTRICT, HALLWOOD IRRIGATION COMPANY, RAMIREZ WATER DISTRICT, and YUBA COUNTY WATER AGENCY,<br><br>    Defendant-Intervenors. | Civil Case No.: 2:06-CV-02845-LKK-JFM<br><br>STIPULATION AND ORDER ON FINAL REMEDIES PHASE |

WHEREAS, Plaintiffs South Yuba River Citizens League's and Friends of the River's ("Plaintiffs') Sixth Amended Complaint seeks injunctive relief against Defendants United States Army Corps of Engineers et al., ("Federal Defendants") as well as a remand of the biological opinion at issue in this matter;

WHEREAS, Defendant-Intervenors Yuba County Water Agency, Cordua Irrigation District, Dry Creek Mutual Water Company, Brophy Water District, Hallwood Irrigation Company, and Ramirez Water District (collectively "Defendant-Intervenors") have intervened in this case pursuant to the parties' stipulations and this Court's orders on intervention;

WHEREAS, On September 2, 2008, the Court granted a stipulation to bifurcate the instant action into a liability phase and a remedy phase. (ECF No. 165). In this stipulation, the parties agreed "to withdraw pending discovery and refrain from serving further discovery and designating experts relating solely to remedies until such time as the Court may issue an order addressing any remedies phase of this case." (*Id.* at 2);

WHEREAS, on July 8, 2010, the Court granted in part and denied in part Plaintiffs' and defendants' motions for summary judgment as to liability. (ECF No. 316). The Court further ordered supplemental briefing on whether preliminary relief was necessary prior to litigation of a final remedy. (*Id.* at 74);

WHEREAS, Plaintiffs filed supplemental briefing in this matter on July 23, 2010. (ECF No. 317). Plaintiffs also submitted a proposed order along with their supplemental briefing. (ECF No. 317-3). While not part of the proposed order, Plaintiffs' supplemental briefing indicated that vacatur of the Biological Opinion was a possible remedy;

WHEREAS, Federal Defendants and Defendant-Intervenors filed oppositions to Plaintiffs' Supplemental Briefing (ECF Nos. 321, 322, and 323) and Plaintiffs filed reply briefs (ECF Nos. 325 and 326);

STIPULATION AND [PROPOSED] ORDER ON FINAL REMEDIES PHASE
NO.: 2:06-CV-02845-LKK-JFM

WHEREAS, on November 16, 2010, following supplemental briefing by all parties, the Court denied Plaintiffs' motion for a preliminary injunction without prejudice. (ECF No. 343). The Court also ordered Claim 4B dismissed without prejudice as prudentially moot. The Court further set a status conference in the case for November 22, 2010 at 3:00 p.m. and directed the parties to "be prepared to set a schedule for discovery necessary, if any, for remedy and for briefing final remedy." Id. at 5. The Court also directed all interested parties to submit status reports of no more than five pages by November 18, 2010, id.;

WHEREAS, in the Joint Status Report filed on November 18, 2010, the parties notified the Court that they had reached a tentative stipulation regarding discovery and the scope of relief in the remedial phase of this litigation. The parties further represented they would work to finalize the language of this stipulation and would make best efforts to submit a stipulation and proposed order prior to the November 22, 2010 Status Conference (ECF No. 344);

WHEREAS, all parties agree conducting remedial discovery and disclosure of experts relating to injunctive relief is not necessary if the injunctive relief measures sought in the final remedies phase of this case are limited to the injunctive relief measures sought in Plaintiffs' proposed order filed with their supplemental briefing (ECF No. 317-3) and vacatur of the Biological Opinion and Incidental Take Statement is eliminated as an option during remand;

NOW THEREFORE, Plaintiffs South Yuba River Citizens League, et al., defendants National Marine Fisheries Service, et al. and the Intervenor- Defendants Yuba County Water Agency, et al., by and through their respective attorneys of record, hereby stipulate and agree as follows:

2

1. Upon the Court's approval of this stipulation, all parties agree to refrain from serving further discovery and designating experts pursuant to Fed. R. Civ. P. 26(a)(2) addressing the injunctive relief measures sought in the final remedies phase of this case. This provision does not affect the ability of the parties to submit expert declarations with their briefing on final injunctive remedies.

2. Upon the Court's approval of this stipulation, Plaintiffs agree they will not argue or suggest that any relief beyond the particular injunctive relief measures requested in their proposed order filed with their supplemental briefing (ECF No. 317-3) should be granted in this case. However, Plaintiffs reserve the right to revise the dates for implementation of the injunctive relief measures sought and to provide additional specific details on the injunctive relief measures sought. These specific details shall not enlarge the scope of relief sought.

3. Upon the Court's approval of this stipulation, all parties further agree not to argue or suggest that the Biological Opinion or Incidental Take Statement at issue in this case should be vacated during remand.

4. Plaintiffs reserve the right to seek reasonable attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, or any other applicable authority at a later point after the Court rules on Plaintiffs' request for injunctive relief. Defendants reserve all defenses to any request for attorneys' fees, including as to entitlement and hourly rate. The schedule for proceedings, if any, regarding attorneys fees, will be addressed at a later date.

Dated: November 22, 2010     By:   /s/ Howard F. Wilkins III
                                   HOWARD F. WILKINS III
                                   Remy, Thomas, Moose and Manley, LLP
                                   455 Capitol Mall, Suite 210

3

|   |   |   |
|---|---|---|
| | | Sacramento, CA 95814 |
| | | Telephone: (916) 443-2745 |
| | | Facsimile: (916) 443-9017 |
| | | Email:cwilkins@rtmmlaw.com |
| | | Attorneys for Defendant-Intervenor YCWA |

Dated: November 22, 2010          By: / s/ Lawson E. Fite (by HFW, as authorized 11/22/10)
                                       LAWSON E. FITE, Trial Attorney (Ore. Bar No. 055573)
                                       Wildlife & Marine Resources Section
                                       Ben Franklin Station P.O. Box 7369
                                       Washington, D.C. 20044
                                       Phone: (202) 305-0217
                                       Fax: (202) 305-0275
                                       Email: lawson.fite@usdoj.gov
                                       Attorneys for Federal Defendants

Dated: November 22, 2010          By: / s/ Brian Orion (by HFW, as authorized 11/22/10)
                                       BRIAN ORION
                                       Environmental Advocates
                                       5135 Anza Street
                                       San Francisco, CA 94121
                                       Tel: (415) 277-5758
                                       Fax: (415) 358-5695
                                       borion@enviroadvocates.com
                                       Attorneys for Plaintiffs South Yuba River Citizens League and Friends of the River

Dated: November 22, 2010          By: / s/ Dustin C. Cooper (by HFW, as authorized 11/22/10)
                                       DUSTIN C. COOPER
                                       Minasian, Spruance, Meith, Soares & Sexton, LLP455
                                       P.O. Box 1679
                                       Oroville, CA 95965
                                       Tel: (530) 533-2885
                                       Fax: (530) 533-0197
                                       Email: dcooper@minasianlaw.com
                                       Attorneys for Intervenor-Defendant Cordua Irrigation District

Dated: November 22, 2010          By:/ s/ Andrew M. Hitchings (by HFW, as authorized 11/22/10)
                                       ANDREW M. HITCHINGS
                                       Somach Simmons & Dunn
                                       A Professional Corporation
                                       500 Capitol Mall, Suite 1000

4

```
                                    Sacramento, CA 95814
                                    Telephone: (916) 446-7979
                                    Facsimile: (916) 446-8199
                                    Email: ahitchings@somachlaw.com
                                    Attorneys for Defendant-Intervenors Dry Creek Mutual
                                    Water Company, Brophy Water District, and Hallwood
                                    Irrigation Company

Dated: November 22, 2010            By:/ s/ Hanspeter Walter (by HFW, as authorized 11/22/10)
                                    HANSPETER WALTER
                                    Kronick, Moskovitz, Tiedemann & Girard
                                    A Law Corporation
                                    400 Capitol Mall, 27th Floor
                                    Sacramento, CA 95814-4416
                                    Telephone: (916) 321-4500
                                    Facsimile: (916) 321-4555
                                    Email: hwalter@kmtg.com
                                    Attorneys for Intervenor-Defendant Ramirez Water
                                    District
```

5

STIPULATION AND [PROPOSED] ORDER ON FINAL REMEDIES PHASE
No.: 2:06-CV-02845-LKK-JFM

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

## **ORDER**

It is APPROVED and SO ORDERED. All parties shall refrain from propounding discovery during the final injunctive relief phase of this case. The parties shall not be required to designate experts or provide reports to use expert testimony relating to the injunctive relief sought during the final remedies phase of this case, as generally required by Rule 26 of the Federal Rules of Civil Procedure. Injunctive relief in this matter, if warranted, shall be limited to the injunctive relief measures requested in Plaintiffs' proposed order filed with their supplemental briefing. (ECF No. 317-3). The Biological Opinion and Incidental Take Statement at issue in the case will not be vacated and shall remain in place during any remand period. Nothing in this order precludes Plaintiffs from seeking to recover attorneys' fees and costs at a later date.

DATED: November 23, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on November 22, 2010, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

        /s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant-Intervenor YCWA