IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants, <br><br> CORDUA IRRIGATION DISTRICT, et al., <br><br> Defendant-Intervenors. | No. 2:06-cv-02845-LKK-JFM <br><br> **STIPULATION AND ORDER SHORTENING TIME ON FEDERAL DEFENDANTS' MOTION TO STRIKE AND/OR EXCLUDE EVIDENCE [Doc. No. 380]** |

Pursuant to L.R. 143 and 144(e), the following Stipulation and [Proposed] Order Shortening Time is submitted by Plaintiffs South Yuba River Citizens League, et al., Federal Defendants National Marine Fisheries Service, et al., and Intervenor-Defendants Yuba County Water Agency, Dry Creek Mutual Water Company, Brophy Water District, Hallwood Irrigation Company, Cordua Irrigation District, and Ramirez Water District:

- 1 -

WHEREAS, on February 7, 2011, Federal Defendants filed a motion to strike and/or exclude certain evidence filed in support of Plaintiffs' request for remedy in this action (Doc. No. 380);

WHEREAS, pursuant to L.R. 230(b), Federal Defendants' motion is presently set for hearing on March 14, 2011;

WHEREAS, a hearing is set for February 22, 2011, on remedy in this action;

WHEREAS, the parties have agreed that the interest of efficiency in this action would be served by hearing all pending motions together;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The time for hearing Federal Defendants' motion to strike (Doc. No. 380) shall be shortened to February 22, 2011, at 10:00 a.m.

2. Plaintiffs' opposition to the motion to strike shall be filed no later than February 14, 2011.

3. Federal Defendants' reply shall be filed no later than February 18, 2011.

Dated: February 9, 2011  Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney  
YOSHINORI H.T. HIMEL  
Assistant United States Attorney

IGNACIA S. MORENO  
Assistant Attorney General  
SETH M. BARSKY  
Acting Section Chief  
BRADLEY H. OLIPHANT  
Trial Attorney

  */s/ Lawson E. Fite*  
LAWSON E. FITE  
Trial Attorney  
Wildlife & Marine Resources Section  
Benjamin Franklin Station, P.O. Box 7369  
Washington, DC 20044-7369  
(202) 305-0217 (ph)  
(202) 305-0275 (fax)  
lawson.fite@usdoj.gov

Attorneys for Federal Defendants

Dated: February 9, 2011

   */s/ Brian Orion (by LEF, as authorized 2/8/11)*
BRIAN ORION
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
tel: (858) 354-8222
fax: (415) 358-5695
borion@enviroadvocates.com
Attorneys for Plaintiffs South Yuba River Citizens League and Friends of the River

Dated:  February 9, 2011

   */s/ Howard F. Wilkins III (by LEF, as authorized 2/8/11)*
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley LLP
455 Capitol Mall, Suite 210
Sacramento, California  95814
Telephone:  (916) 443-2745
Facsimile:  (916) 443-9017
Cwilkins@rtmmlaw.com
Attorneys for Intervenor-Defendant Yuba County Water Agency

Dated: February 9, 2011

   */s/ Dustin C. Cooper (by LEF, as authorized 2/8/11)*
DUSTIN C. COOPER
Minasian, Spruance, Meith, Soares & Sexton, LLP
P.O. Box 1679
Oroville, CA 95965
Tel: (530) 533-2885
Fax: (530) 533-0197
Email: dcooper@minasianlaw.com

Attorneys for Intervenor-Defendant Cordua Irrigation District

Dated:  February 9, 2011

   */s/ Joseph Carpenter (by LEF, as authorized 2/8/11)*
JOSEPH CARPENTER

ANDREW M. HITCHINGS
Somach, Simmons & Dunn
Andrew M. Hitchings
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Tel: (916) 446-7979
Fax: (916) 446-8199
Email: ahitchings@somachlaw.com
Email: jcarpenter@somachlaw.com

Attorneys for Intervenor-Defendants
Dry Creek Mutual Water Company,
Brophy Water District, and Hallwood
Irrigation Company

Dated: February 9, 2011

*/s/ Hanspeter Walter (by LEF, as authorized 2/8/11)*
HANSPETER WALTER
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall
Sacramento, CA 95814
Tel: (916) 321-4500
Fax: (916) 321-4555
Email: hwalter@kmtg.com

Attorneys for Intervenor-Defendant
Ramirez Water District

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

Dated this 9th day of February, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT