UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

        NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                            O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    A hearing in the above captioned case is currently scheduled for February 22, 2011. On February 9, 2011, State Water Contractors, Inc. filed a motion for leave to file an amicus curiae brief, ECF No. 382. On February 11, 2011, plaintiffs filed a response to the State Water Contractors' motion, ECF No. 386. In that response, plaintiff requested leave to file a response to the amicus brief on February 22, 2011, the date of the scheduled hearing. Plaintiff also requested leave to file an amicus brief of

1

its own, also on February 22, 2011. On February 14, 2011, Pacific Gas & Electric Company filed a motion for leave to file an amicus curiae brief, ECF No. 388.

Accordingly, the court ORDERS as follows:

[1] The hearing currently set for February 22, 2011 is CONTINUED to March 07, 2011 at 10:00 a.m.

[2] State Water Contractors' Motion for Leave to File Amicus Curiae Brief, ECF No. 382, is GRANTED.

[3] Pacific Gas and Electric Company's motion for leave to file an amicus curiae brief, ECF No. 388 is GRANTED.

[4] The deadline for filing any further amicus briefs is February 22, 2011.

[5] The deadline for filing any responses to amicus briefs is February 28, 2011.

IT IS SO ORDERED.

DATED: February 17, 2011        /s/Lawrence K. Karlton
                                Lawrence K. Karlton
                                Senior District Court Judge