1    IGNACIA S. MORENO, Assistant Attorney General
     United States Department of Justice
2    Environment & Natural Resources Division
     SETH M. BARSKY, Section Chief
3    S. JAY GOVINDAN, Assistant Chief
     BRADLEY H. OLIPHANT, Trial Attorney
4    Wildlife & Marine Resources Section
     Environment & Natural Resources Division
5    U.S. Department of Justice
     P.O. Box 7369
6    Washington, D.C. 20044-7369
     Tel:  (202) 305-0500 | Fax:  (202) 305-0275
7    Email:  bradley.oliphant@usdoj.gov
8    Attorneys for the Federal Defendants

9

10                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
11                         **SACRAMENTO DIVISION**

12

13   SOUTH YUBA RIVER CITIZENS LEAGUE,      )
                                            )
14                          Plaintiffs,     )   No. 2:06-cv-2845-LKK-JFM
                                            )
15               v.                         )
                                            )   **Stipulation and Order To Amend The**
16   NATIONAL MARINE FISHERIES SERVICE,     )   **Court's July 26, 2011 Order (ECF No.**
     et al.,                                )   **402)**
17                                          )
                                            )
18                          Defendants      )
                                            )
19   _____    )

20

21

22

23

24

25

26

27

28

1   WHEREAS, on July 26, 2011, the Court issued its Order re interim measures, Doc. No.

2   402 (July 26, 2011) ("Order");

3   WHEREAS, Interim Measure 5 of the Order requires the installation of locking metal

4   grates over all Daguerre Point Dam fish ladder bays within six weeks of the Order (September 5,

5   2011), Doc. No. 402 at 44;

6   WHEREAS, on August 18, 2011, the California Department of Fish & Game ("CDFG")

7   wrote the Army Corps of Engineers ("Corps") to "express concern over implementation" of

8   Interim Measures 5, and specifically that CDFG "is not in support of putting grates over the bays

9   on the lowermost section of the south fish ladder at Daguerre Point Dam," in part due to the

10  desire of CDFG to maintain continued access to flow modification equipment designed to

11  improve fish passage conditions in the ladder;

12  WHEREAS, on August 23, 2011, Federal Defendants moved for reconsideration of the

13  requirement to put grates over the bays on the lowermost section of the south fish ladder at

14  Daguerre Point Dam and for an extension of the deadline to complete installation of the grates to

15  October 1, 2011;

16  WHEREAS, Federal Defendants subsequently clarified to Plaintiffs that CDFG staff

17  were concerned about the lower 8 bays on the south ladder and would like only those bays to

18  remain uncovered;

19  WHEREAS, following this clarification of the scope of the CDFG objections to the fish

20  grating measure, and due to Plaintiffs' desire to ensure that CDFG has continued access to the

21  flow modification equipment in the south fish ladder, Plaintiffs will not oppose the Federal

22  Defendants' request to be relieved of the obligation to install grates over the lower 8 bays of the

23  fish ladders; and

24  WHEREAS, the Corps will complete the installation of the remaining bay grates by no

25  later than September 14, 2011;

26  NOW THEREFORE, it is hereby stipulated between the parties that:

27  1.      Plaintiffs will not oppose Federal Defendants' request to be relieved of the

28  obligation to install grates over the lower 8 bays of the fish ladders; and

1    2.    Federal Defendants will complete the installation of the other fish ladder grates by

2  no later than September 14, 2011.

3    3.    The grating measure (Interim Measure 5) of the Order re interim measures should

4  be amended to remove the obligation to install grates over the lower 8 bays of the south fish

5  ladder at Daguerre Point Dam and allow completion of grate installation by September 14, 2011.

6  Dated: September 9, 2011

7                                             MCGREGOR W. SCOTT
                                              United States Attorney
8                                             YOSHINORI H. T. HIMEL
                                              Assistant United States Attorney
9                                             IGNACIA S. MORENO,
                                              Assistant Attorney General
10                                            SETH M. BARSKY, Section Chief
11
12                                    By:    /s/ Bradley H. Oliphant
13                                           _____
14                                           BRADLEY H. OLIPHANT, Trial Attorney
                                             United States Department of Justice
15                                           Env't & Natural Resources Division
                                             Wildlife & Marine Resources Section
16                                           P.O. Box 7369
                                             Washington, D.C. 20044
17                                           Phone: (202) 305-0500
                                             Fax: (202) 305-0275
18                                           Email: bradley.oliphant@usdoj.gov
19                                           Attorneys for Federal Defendants
20
21  As authorized on September 9, 2011    By:    /s/ Brian Orion
22                                           _____
23                                           BRIAN ORION
                                             Attorneys for Plaintiffs
24                                           SOUTH YUBA RIVER CITIZENS
                                             LEAGUE, and FRIENDS OF THE RIVER
25
26
27
28

1   As authorized on September 9, 2011          By:     /s/ Howard F. Wilkins III

2                                                       _____

3                                                       HOWARD F. WILKINS III
                                                        Remy, Thomas, Moose and Manley, LLP
4                                                       455 Capitol Mall, Suite 210
                                                        Sacramento, Ca. 95814
5                                                       Phone: (916) 443-2745
                                                        Fax:  (916) 443-9017
6                                                       cwilkins@rtmmlaw.com

7                                                       Attorneys for Defendant YWCA

8

9   As authorized on September 9, 2011          By:     /s/ Andrew Hitchings

10                                                      _____

11                                                      ANDREW HITCHINGS
                                                        Somach, Simmons & Dunn
12                                                      813 Sixth Street, Third Floor
                                                        Sacramento, CA 95814
13                                                      Fax: (916) 446-8199
                                                        Email: ahitchings@lawssd.com
14                                                      Attorneys for Intervenor-Defendants
                                                        DRY CREEK MUTUAL WATER
15                                                      COMPANY, BROPHY WATER
                                                        DISTRICT, and HALLWOOD
16                                                      IRRIGATION COMPANY

17
    As authorized on September 9, 2011          By:     /s/ Hanspeter Walter
18                                                      _____

19                                                      HANSPETER WALTER
20                                                      Kronick Moskovitz Tiedemann & Girard
                                                        400 Capitol Mall
21                                                      Sacramento, CA 95814
                                                        Tel: (916) 321-4500
22                                                      Fax: (916) 321-4555
                                                        Email: hwalter@kmtg.com
23                                                      Attorneys for Intervenor-Defendant
24                                                      RAMIREZ WATER DISTRICT

25  As authorized on September 9, 2011          By:     /s/ Dustin Cooper

26                                                      _____

27                                                      Minasian, Meith, Soares, Sexton & Cooper,
                                                        LLP
28

1
2
3
4
5
6

Paul R. Minasian
Dustin C. Cooper
P O Box 1679
Oroville, CA 95965
Tel: (530) 533-2885
Fax: (530) 533-0197
Email: pminasian@minasianlaw.com
dcooper@minasianlaw.com
Attorneys for Intervenor-Defendant
CORDUA IRRIGATION DISTRICT

7

8

### **ORDER**

9
10
11
12
13

It is APPROVED and SO ORDERED. The grating measure (Interim Measure 5) of the Order re interim measures, Doc. No. 402 at 44, is amended to remove the obligation to install grates over the lower 8 bays of the south fish ladder at Daguerre Point Dam and allow completion of grate installation by September 14, 2011.

14

DATED: September 12, 2011

15
16
17
18
19

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

20
21
22
23
24
25
26
27
28