UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

NO. CIV. S-06-2845 LKK/JFM

        Plaintiffs,

   v.                                O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

        Defendants.

_____/

    On September 26, 2011, a hearing was held on plaintiffs' motion to for attorneys fees and costs, ECF No. 407. The court orders as follows:

        [1] Plaintiffs SHALL, within fourteen (14) days of the issuance of this order, submit to defendant a searchable electronic copy of the billing records for plaintiffs' attorneys who have billed time on this case.

////

1

[2] Within fourteen (14) days of receiving the above-described records from plaintiffs, the federal defendants SHALL file with the court a supplemental brief containing any objections to the individual entries in plaintiffs' billing records.

[3] Intevenor Cordua Irrigation District is GRANTED fourteen (14) days from the issuance of this order to file a supplemental brief to respond to arguments raised for the first time in plaintiffs' reply to the intervenor's opposition to plaintiffs' motion for attorneys fees and costs, ECF No. 417.

IT IS SO ORDERED.

DATED: September 27, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT