Paul R. Minasian (SBN 040972)
Dustin C. Cooper (SBN 245774)
MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP
1681 Bird Street
P.O. Box 1679
Oroville, CA 95965-1679
Telephone: (530) 533-2885
Facsimile:   (530) 533-0197
Email: pminasian@minasianlaw.com
          dcooper@minasianlaw.com

Attorneys for Intervenor CORDUA
    IRRIGATION DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, a non-profit corporation, and FRIENDS OF THE RIVER, a non-profit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, CARLOS M. GUTIERREZ, as Secretary of Commerce, RODNEY McINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, UNITED STATES ARMY CORPS OF ENGINEERS, PETE GEREN, as Acting Secretary of the Army, COLONEL RONALD L. LIGHT, as District Engineer, Sacramento District, and YUBA COUNTY WATER AGENCY,<br><br>        Defendants | Case No. 2:06-CV-02845-LKK-JFM<br><br>STIPULATION RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES & COSTS AGAINST CORDUA IRRIGATION DISTRICT; ORDER THEREON |

      Plaintiffs South Yuba River Citizens League and Friends of the River ("Plaintiffs") and Intervenor Cordua Irrigation District ("Cordua") by and through their respective attorneys of record hereby stipulate and agree as follows:

      WHEREAS, on August 19, 2011, Plaintiffs filed a Motion for Attorneys' Fees and Costs seeking $7,792.70 in attorneys' fees against Cordua;

1  WHEREAS, on September 12, 2011, Cordua filed an opposition to Plaintiffs' Motion for
2  Attorneys' Fees and Costs;

3  WHEREAS, on September 19, 2011, Plaintiffs filed a Reply to Cordua's Opposition to
4  Plaintiffs' Motion for Attorneys' Fees and Costs seeking an additional $3,950.25 (totaling
5  $11,742.95) in attorneys' fees against Cordua;

6  WHEREAS, on September 26, 2011, the hearing on Plaintiffs' Motion for Attorneys'
7  Fees and Costs was held and on September 28, 2011, the court granted Cordua the right to file a
8  supplemental brief;

9  WHEREAS, in lieu of Cordua filing a supplemental brief and appearing in a further
10 hearing concerning Plaintiffs' Motion for Attorneys' Fees and Costs, Plaintiffs and Cordua have
11 agreed to settle Plaintiffs' claims for attorneys' fees against Cordua;

12 NOW, THEREFORE, it is hereby stipulated between Plaintiffs and Cordua, by and
13 through counsel, that in consideration of their separate Settlement Agreement:

14  1. Plaintiffs withdraw the portions of their Motion for Attorneys' Fees and Costs seeking
15     attorneys' fees against Cordua;
16  2. The Court will not consider arguments for or opposed to the award of attorneys' fees
17     against Cordua and will not order an award of attorneys' fee against Cordua.

18 Dated: October 11, 2011            **MINASIAN, MEITH, SOARES,**
                                      **SEXTON & COOPER, LLP**

20                                    By:    /s/ Dustin C. Cooper
                                      **DUSTIN C. COOPER, Attorneys for**
21                                    **Defendant-Intervenor CORDUA**
                                      **IRRIGATION DISTRICT**

24 Dated: October 11, 2011            **ENVIRONMENTAL ADVOCATES**

26                                    By:    /s/ Christopher A. Sproul
                                      **CHRISTOPHER A. SPROUL, Attorneys for**
27                                    **Plaintiffs SOUTH YUBA RIVER CITIZENS**
                                      **LEAGUE, and FRIENDS OF THE RIVER**

# ORDER

Plaintiffs South Yuba River Citizens League and Friends of the River and Intervenor Cordua Irrigation District have jointly requested approval of this Court of a proposed settlement of Plaintiffs' Motion for Attorneys' Fees and Costs against Cordua Irrigation District as set forth in the preceding stipulation. The Court is familiar with the issues and the parties' positions with respect thereto and has reviewed the stipulation. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stipulation is hereby approved;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Cordua Irrigation District in their Motion for Attorneys' Fees and Costs (Document No. 407) and Reply brief (Document No. 417) are deemed withdrawn and will not be considered by the Court.

Dated: October 13, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT