UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

NO. CIV. S-06-2845 LKK/JFM

    Plaintiffs,

  v.                            O R D E R

NATIONAL MARINE FISHERIES
SERVICE, et al.,

    Defendants.
_____/

    On September 28, 2011 this court issued an order requiring plaintiffs to submit to defendants a searchable electronic copy of the billing records for attorneys working on the case. The order allowed the defendants to file a supplemental brief containing objections to individual entries in plaintiffs' billing records. See ECF No. 426.

    Defendants filed their supplemental brief on October 13, 2011. ECF No. 429. Plaintiffs now request leave to filed a response to

1

1 defendants' supplemental brief, and have submitted a proposed
2 responsive brief. Accordingly, the court ORDERS as follows:
3     [1] Plaintiffs are granted leave to file their proposed
4     response to defendants' supplemental brief.
5     [2] Plaintiffs SHALL file their response within seven (7)
6     days of the issuance of this order.
7     IT IS SO ORDERED.
8     DATED: October 31, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2