Christopher A. Sproul (Bar No. 126398)
Brian Orion (Bar No. 239460)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
borion@enviroadvocates.com

Patricia Weisselberg (Bar No. 253015)
Law Office of Patricia Weisselberg
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 388-2303
Facsimile: (415) 388-2303
Email: pweisselberg@wans.net

Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS LEAGUE
AND FRIENDS OF THE RIVER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al.,<br><br>    Plaintiffs,<br> v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>    Defendants. | Civil Case No.: 2:06-CV-02845-LKK-JFM<br><br>**ORDER GRANTING MOTION REQUESTING STAY OF DEADLINES FOR FILING SUPPLEMENTAL MOTIONS FOR ATTORNEYS' FEES**<br>_____<br><br>Date: Feb. 13, 2012<br>Time: 10:00 a.m.<br>Courtroom: 4 |

1 **ORDER**

2 On January 11, 2012, Plaintiffs South Yuba River Citizens League and Friends of the River
3 moved this Court for an order staying the deadlines in Local Rule 293 and Federal Rule of Civil
4 Procedure 54 for the filing of supplemental motions for attorneys' fees until 28 days after the Court rules
5 on the Plaintiffs' main motion for attorneys' fees, which is currently under submission. *See* ECF No.
6 407, 407-1 (Aug. 19, 2011), *see also* ECF No. 433 (Nov. 3, 2011). The Federal Defendants took no
7 position on the motion.

8 Having considered the arguments and good cause appearing, the Court hereby grants the motion.
9 All deadlines for filing supplemental motions for attorneys' fees are hereby stayed. Supplemental
10 motions for attorneys' fees, if any, will be due no later than 28 days after an order on Plaintiffs' motion
11 for attorneys' fees. *See* ECF No. 407, 407-1 (Aug. 19, 2011), *see also* ECF No. 433 (Nov. 3, 2011).

12 The hearing currently scheduled for February 27, 2012 is VACATED.

14 Dated: February 22, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT