# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

|  |  |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL MARINE FISHERIES SERVICE, ) <br> et al., ) <br> ) <br> Defendants ) <br> ) <br> ) <br> ) | No. 2:06-cv-2845-LKK-JFM <br><br> **ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR STAY, OR ALTERNATIVELY, FOR MODIFICATION OF MAY 31, 2012 ORDER** |

Pending before the Court is Federal Defendants' motion for a stay, or alternatively, for modification of the Court's May 31, 2012 Order. ECF No. 475. That order provides, in relevant part, that the Federal Defendants "shall pay all fees due no later than ninety (90) days from the issuance of this order, and shall thereupon file a declaration with the court stating that they have done so." *Id.* ¶ 6 at 4. The 90-day deadline for payment is August 27, 2012. The Court has fully considered the briefs filed in support of the motion and the arguments admitted in evidence. Accordingly, the Court now enters the following order:

1

1  IT IS HEREBY ORDERED that Federal Defendants' motion for modification of the
2  Court's May 21, 2012 Order (ECF No. 475) is GRANTED.  The language of the Order is
3  modified to require Federal Defendants to submit a request to the Treasury Department for the
4  payment of all fees due by September 4, 2012.  Within 30 days of the issuance of this order,
5  defendants SHALL inform the court of the status of the payment to plaintiffs.
6  The hearing currently set for September 4, 2012 is VACATED.

8  Dated:  August 28, 2012.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```