UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE and FRIENDS OF THE RIVER,

      Plaintiffs,

  v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

      Defendants.
_____/

NO. CIV. S-06-2845 LKK/JFM

SOUTH YUBA RIVER CITIZENS LEAGUE,

      Plaintiff,

  v.

NATIONAL MARINE FISHERIES SERVICE, UNITED STATES DEPARTMENT OF COMMERCE; REBECCA M. BLANK, in her official capacity as Acting Secretary of Commerce; RODNEY R. MCINNIS, in his official capacity as Regional Administrator, Southwest Region, National Marine Fisheries Service,

      Defendants.
_____/

NO. CIV. S-13-0059 MCE/EFB

1

```
 1  YUBA COUNTY WATER AGENCY,
 2              Plaintiff,                    NO. CIV. S-13-0042 MCE/CKD
 3       v.
 4  NATIONAL MARINE FISHERIES
    SERVICE; UNITED STATES
 5  DEPARTMENT OF COMMERCE;
    REBECCA M. BLANK, in her
 6  official capacity as
    Acting Secretary of
 7  Commerce; RODNEY R. MCINNIS,
    in his official capacity as
 8  Regional Administrator,
    Southwest Region, National
 9  Marine Fisheries Service;
    U.S. ARMY CORPS OF ENGINEERS;
10  LIEUTENANT GENERAL THOMAS P.
    BOSTICK, in his official
11  capacity as Commanding
    General of U.S. Army Corps
12  of Engineers; and COLONEL
    WILLIAM J. LEADY, P.E., in            NON-RELATED CASE ORDER
13  his official capacity as
    District Commander, Sacramento
14  District, U.S. Army Corps
    of Engineers,
15
                Defendants.
16  _____/
```

The court is in receipt of Plaintiff South Yuba River Citizens League's notice of related cases, filed pursuant to Eastern District of California Local Rule 123(b) (2013). Pl's Not., ECF No. 503. Plaintiff requests that two cases, South Yuba River Citizens League, et al. v. National Marine Fisheries Service, et al., Case No. 2:13-cv-00059 MCE-EFB; as well as Yuba County Water Agency v. National Marine Fisheries Service, No. 2:13-cv-00042-MCE-CKD, be related to South Yuba River Citizens League, et al. v. National Marine Fisheries Service, et al., 2:06-cv-2845 LKK-JFM.

////

Eastern District of California Local Rule 123(a) provides that an action is related to another action when:

> (1) both actions involve the same parties and are based on the same or a similar claim;
>
> (2) both actions involve the same property, transaction, or event;
>
> (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or
>
> (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

Local Rule 123(a) (2013).

The court finds that South Yuba River Citizens League, et al. v. National Marine Fisheries Service, et al., case no. 2:06-cv-2845 LKK-JFM is not sufficiently related to South Yuba River Citizens League, et al. v. National Marine Fisheries Service, et al., Case No. 2:13-cv-00059 MCE-EFB and Yuba County Water Agency v. National Marine Fisheries Service, No. 2:13-cv-00042-MCE-CKD. Reassignment of the two pending actions to the undersigned is not likely to effect a savings of judicial effort or other economies.

The court, therefore, DECLINES to relate the cases.

IT IS SO ORDERED.

DATED: March 7, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3